AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Monica Perryman

V.

First United Methodist Church
and Darlene Maye

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV216-mef ~~130-2005-05331~~

TO: (Name and address of Defendant)

> First United Methodist Church
> 2416 West Cloverdale Park
> Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Monica Perryman
> 4265 Burtonway Drive
> Montgomery, Alabama 36116

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                     3·7·06
_____          _____
CLERK                                                  DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Monica Perryman

V.

First United Methodist Church
and Darlene Maye

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: ~~130-2005-05331~~

2:06CV216-mef

TO: (Name and address of Defendant)

First United Methodist Church
2416 West Cloverdale Park
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Monica Perryman
4265 Burtonway Drive
Montgomery, Alabama 36116

an answer to the complaint which is served on you with this summons, within ~~20~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  3·7·06

7004 2890 0001 5694 6317