## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 13, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Monica Perryman vs. First United Methodist Church et al.
      Civil Action No. 2:06cv216-WHA

The above-styled case has been  reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:06-cv-216-MHT**. This new case number should
be used on all future correspondence and pleadings in this action.