Terryman

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X /lan Can

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

C. Date of Delivery

3-8-06

1. Article Addressed to:

**First United Methodist Church**

**2416 West Cloverdale Park**

**Montgomery, Alabama 36106-1908**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

sum & cmp (20/

2. Article Number
   *(Transfer from service label)*

7004 2890 0001 5695 3537

PS Form **3811**, August 2001          Domestic Return Receipt   06·216

102595-02-M-1540

*Perryman*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darlene Maye

2416 West Clovedale Park

Montgomery, Alabama 36106-1908

*fum i cmp (10)*

2. Article Number
   *(Transfer from service label)*

7004 2890 0001 5694 6317

PS Form 3811, August 2001     Domestic Return Receipt     *06-216*     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
3-8-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes