IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MONICA PERRYMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:06cv216-MEF |
| | ) |
| **FIRST UNITED METHODIST** | ) |
| **CHURCH and DARLENE MAYE,** | ) |
| | ) |
| Defendants. | ) |

Comes now the undersigned and gives notice of his appearance as counsel for defendants First United Methodist Church and Darlene Maye:

>Dorman Walker (WAL086)
>Balch & Bingham LLP
>Post Office Box 78
>Montgomery, AL  36101-0078
>334-269-3138
>866-736-3854 (fax)
>dwalker@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on him at the address shown.

Respectfully submitted this 15th day of March, 2006.

>s/Dorman Walker
>Attorney for Defendants

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/269-3138
866/736-3854

166270.1

2

**CERTIFICATE OF SERVICE**

    I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Monica Perryman
4265 Burtonway Drive
Montgomery, AL  36116

This the 15th day of March, 2006.

                                          s/Dorman Walker
                                          Of Counsel