IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MONICA PERRYMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:06cv216-MEF |
| ) | |
| **FIRST UNITED METHODIST** ) | |
| **CHURCH and DARLENE MAYE,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION

Comes now the defendants, First United Methodist Church and Darlene Maye, and move this Court for an extension of time, from March 28, 2006 to April 11, 2006, in which to answer or otherwise plead in response to the Complaint. In support of the motion, defendants show as follows:

1. On March 8, 2006, defendants were served with a copy of the Complaint.

2. Defendants' responsive pleading is due on March 28, 2006.

3. The undersigned, defendants' counsel, was retained for this case only this week. He will be on a family vacation from March 17 to March 25, and will be unable to make a meaningful investigation of the allegations until he returns. Such an investigation is necessary in order for defendants to properly respond to the Complaint and for the undersigned to fulfill his obligation in signing the response.

4. Consequently, defendants request an additional two weeks, or until April 11, 2006, in order to allow its counsel to investigate the Complaint.

166268.1

2

WHEREFORE, PREMISES CONSIDERED, defendants respectfully requests that it be granted additional time, through April 11, 2006, to answer or otherwise plead in response to the Complaint.

Respectfully submitted this 15th day of March, 2006.

s/ Dorman Walker<br>Attorney for Defendants

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/269-3138
866/736-3854

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Monica Perryman
4265 Burtonway Drive
Montgomery, AL  36116

This the 15th day of March, 2006.

s/Dorman Walker<br>Of Counsel

166268.1                    2