IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv216-MHT |
| | ) |
| FIRST UNITED METHODIST CHURCH | ) |
| and DARLENE MAYE, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the March 15, 2006, motion for extension of time (doc. # 7) filed by the defendant. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and the time for filing a responsive pleading shall be extended from March 28, 2006, until April 11, 2006.

Done this 17th day of March, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE