UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MONICA PERRYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:06-cv-216-mef |
| V. | ) |
| | ) |
| FIRST UNITED METHODIST | ) |
| CHURCH and DARLENE MAYE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants First United Methodist Church and Darlene Maye and move this Court pursuant to Fed. R. Civ. P. 12(b) to dismiss the Plaintiff's claims against them in this action and in support thereof show as follows.

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Plaintiff's claims are barred by the "Ministerial Exception" to Title VII actions.

WHEREFORE, the Defendants move this Court to dismiss the Plaintiff's claims against them.

s/Robert A. Huffaker (HUF003)
s/Alan T. Hargrove (HAR236)
s/R. Brett Garrett (GAR085)
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3215
Fax: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Monica Perryman
    4265 Burtonway Dr.
    Montgomery, Alabama 36116

by placing same in the United States Mail, postage prepaid and properly addressed on this the ____ day of _____, 2006.

                                        _____
                                        Of Counsel
                                        s/R. Brett Garrett (GAR085)