IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | ) |
|     Plaintiff, | ) |
| vs. | )   CASE NO. 2:06cv216-MEF |
| FIRST UNITED METHODIST CHURCH and DARLENE MAYE, | ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

Comes now Dorman Walker who having previously appeared as counsel for defendants First United Methodist Church and Darlene Maye, doc. no. 6, moves the Court for leave to withdraw as counsel for defendants, on the grounds that defendants now are represented by Robert A. Huffaker, Alan R. Hargrove, and R. Brett Garrett.

Respectfully submitted this 11th day of April, 2006.

s/ Dorman Walker

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/269-3138
866/736-3854

167115.1

**CERTIFICATE OF SERVICE**

  I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Robert A. Huffaker
Alan T. Hargrove
R. Brett Garrett
Rushton, Stakely, Johnston & Garret, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270

Monica Perryman
4265 Burtonway Drive
Montgomery, AL  36116

This the 11th day of April, 2006.

              s/Dorman Walker