IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv216-MHT |
| | ) |
| FIRST UNITED METHODIST CHURCH | ) |
| and DARLENE MAYE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motion to dismiss (doc. # 9), it is

ORDERED that on or before April 28, 2006, the plaintiff shall show cause why the motion should not be granted.

**The plaintiff is advised that if she fails to respond to respond to this order with specificity, the court will treat her failure to respond as an abandonment of the claims set forth in her complaint. The plaintiff is further cautioned that if she fails to file a response in accordance with the directives of this order, the court will recommend that this case be dismissed.**

Done this 14th day of April, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE