IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv216-MHT |
| | ) |
| FIRST UNITED METHODIST CHURCH | ) |
| and DARLENE MAYE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the April 11, 2006, motion to withdraw (doc. # 11) filed by defense counsel Dorman Walker. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 11) be and is hereby GRANTED.

Done this 14th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE