IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv216-MHT |
| | ) |
| FIRST UNITED METHODIST CHURCH | ) |
| and DARLENE MAYE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 11, 2006, the defendants filed a motion to dismiss (doc. # 9). Upon consideration of the motion, and for good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on May 26, 2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**The plaintiff is specifically cautioned that if she fails to appear as required by this order, the court will treat her failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 5th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE