IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv216-MHT |
| ) | |
| FIRST UNITED METHODIST CHURCH ) | |
| and DARLENE MAYE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 26, 2006, the court held a status and scheduling conference in this matter. At that time, Attorney Norman Hurst entered a limited notice of appearance. As discussed in open court, it is

ORDERED that on or before June 5, 2006, Attorney Hurst shall file a notice of appearance or file a written notification with the court that he will not be representing the plaintiff.

Done this 26th day of May, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE