# MINUTES

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION**

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED:   5/26/06 | AT | 2:04 p.m. - 2:11 p.m. |
| DATE COMPLETED:   5/26/06 | | |

MONICA PERRYMAN

    Plaintiff

vs..

    CASE NO. 2:06CV216-MHT-CSC

FIRST UNITED METHODIST CHURCH, et al

    Defendant

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Norman Hurst | | Atty.   Richard Brett Garrett |

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

( X ) OTHER PROCEEDINGS:   ***SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| **Description** | Scheduling Conf - 2:06cv216-MHT-CSC | | |
|---|---|---|---|
| **Date** | 5/26/2006 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2:04:49 PM | Court | Court convenes; parties present as noted; Discussion as to Deft's motion to dismiss and Jurisdictional issues; |
| 2:05:55 PM | Atty. Garrett | Response to the motion to dismiss and jurisdictional issue; |
| 2:06:20 PM | Court | Response - plaintiff work for the church; |
| 2:06:40 PM | Atty. Garrett | Response; |
| 2:06:57 PM | Court | Discussion as what the case law saids; Discussion as to the appearance of Atty. Hurst on behalf of Plaintiff on a limited bases; Discussion as to legal issue raised; Plaintiff needs counsel; When will you know that you will represent the plaintiff; |
| 2:10:23 PM | Atty. Hurst | Within the next week; |
| 2:10:31 PM | Court | Will set a deadling for counsel to file notice of appearance; Will give until 6/5/06. |
| 2:11:25 PM | Court | Court is recessed. |