IN THE FEDERAL COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MONICA PERRYMAN,<br>    Plaintiff, | *<br>*<br>* |
| v. | * Case No: 2:06-cv-216-mef<br>* |
| FIRST UNITED METHODIST CHURCH<br>and DARLENE MAYE,<br>    Defendants. | *<br>*<br>*<br>* |

RECEIVED 2006 JUN -7 P 4: 01

## NOTICE OF APPEARANCE

COMES NOW, Norman Hurst Jr., attorney for the Plaintiff, Monica Perryman and hereby notify the Clerk of this court to enter his name as the attorney of record in the above styled claim. Further to send all pleading, papers, and other material to said attorney as the court so directs.

Respectfully submitted this the 7th day of June, 2006.

Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3215
Fax: (334) 262-6277

This 7th day of June, 2006

_____
Norman Hurst Jr.