IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv216-MHT |
| ) | |
| FIRST UNITED METHODIST ) | |
| CHURCH and DARLENE MAYE, ) | |
| ) | |
| Defendants. ) | |

ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED as following:

(1) The order referring this case to United State Magistrate Judge Charles S. Coody (doc. no. 5) is vacated.

(2) Plaintiff's new counsel is allowed until June 19, 2006, to file a supplemental brief on the pending dispositive motion, if he so desires.

DONE, this the 12th day of June, 2006.

                        /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE