IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv216-MHT |
| FIRST UNITED METHODIST | ) | |
| CHURCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss filed by defendants First United Methodist Church and Darlene May (Doc. No. 9) is set for on-the-record oral argument on June 19, 2006, at 8:30 a.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 14th day of June, 2006.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE