UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:06-cv-216-MHT |
| V. ) | |
| ) | |
| FIRST UNITED METHODIST ) | |
| CHURCH and DARLENE MAYE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## REPORT OF PARTIES PLANNING MEETING

1.   Pursuant to Federal Rules of Civil Procedure 26(f), a planning meeting was held on June 13, 2006, by telephone by:

   (a)   Norman Hurst for Plaintiff Monica Perryman.

   (b)   R. Brett Garrett for Defendants First United Methodist Church and Darlene Maye.

2.   Pre-discovery Disclosures.  The parties will exchange by July 10, 2006, the information required by Federal Rules of Civil Procedure 26(a)(1).

3.   Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

   a.   Discovery will be needed on the following subjects: The claims and defenses raised by the pleadings.

   b.   The number of interrogatories shall be limited to twenty (20) by each party.

   c.   No limits upon requests for production of documents.

    4.    <u>Other Items</u>.

        a.    The parties request that the Court issue its standard Scheduling Order setting forth dates for completion of discovery, exchange of documents and witnesses, filing of dispositive motions, etc.

        b.    Plaintiff shall be allowed until August 31, 2006 to join additional parties and to amend the pleadings.

        c.    The parties do not request a conference with the Court before entry of the Scheduling Order.

        d.    The parties request that this case be placed on the Court's Docket for the term of court commencing on February 26, 2007.

        e.    Settlement cannot be evaluated prior to exchange of the Rule 26(a)(1) information on July 10, 2006.

The Report of Parties Planning Meeting has been read and agreed upon by all parties and Plaintiff's counsel consents to the electronic filing on his behalf by R. Brett Garrett.

    Dated this the 15th day of June, 2006.

                                  s/Robert A. Huffaker (HUF003)
                                  s/Alan T. Hargrove (HAR236)
                                  s/R. Brett Garrett (GAR085)
                                  **RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
                                  184 Commerce Street
                                  Post Office Box 270
                                  Montgomery, Alabama 36101-0270
                                  Tel: (334) 206-3215
                                  Fax: (334) 262-6277

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon:

Norman Hurst, Jr.
462-A Sayre Street
Montgomery, AL 36104

by placing same in the United States Mail, postage prepaid and properly addressed on this the 15th day of June, 2006.

s/R. Brett Garrett (GAR085)