# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  June 19, 2006             AT  8:30   A.M./P.M.

DATE COMPLETED  June 19, 2006             AT  8:40   A.M./P.M.

MONICA PERRYMAN                           Civil Action
        plaintiff                        2:06-cv-216-MHT
          VS.

FIRST UNITED METHODIST CHURCH et al
        defendant

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Norman Hurst | X | Atty Robert A. Huffaker |
| | X | |
| | X | |
| | X | |
| | X | |

---

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Jimmy Dickens, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:          ON-THE-RECORD ORAL ARGUMENT (TELEPHONE)
                               RE: MOTION TO DISMISS

8:30  a.m.                     Conference convenes.  Parties' presentation
                               regarding factual dispute of motion to
                               dismiss.  Scheduling order forthcoming.
                               Court will deny motion to dismiss without
                               prejudice.  Court directs plaintiff to amend
                               complaint within 2 weeks to clarify claims.
8:40  a.m.                     Conference concluded.