IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv216-MHT |
| FIRST UNITED METHODIST CHURCH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Based on the representations made during an on-the-record status conference on June 19, 2006, it is ORDERED that the motion to dismiss (Doc. No. 9), filed by defendants First United Methodist Church and Darlene May, is denied without prejudice so that the parties may conduct discovery regarding the applicability of the "ministerial exception" to this case.

It is further ORDERED that plaintiff Monica Perryman is to file an amended compliant by July 5, 2006, to clarify the nature of her claims.

DONE, this the 19th day of June, 2006.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**