IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MONICA PERRYMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:06-cv-216-mef |
| | * | |
| FIRST UNITED METHODIST CHURCH | * | |
| and DARLENE MAYE | * | |
| Defendants. | * | |
| | * | |

RECEIVED

2006 JUL 13 P 3: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PERRYMAN'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, the Plaintiff, Monica Perryman, and pursuant to the order of the Clerk of Court, files this motion for leave to file an amended complaint pursuant to the order of the court which conflicted with an order for the defendant's to file an answer before the amended complaint was due to be filed

Respectfully submitted this the 13th day of July, 2006.

_____
Norman Hurst (HUR016)
462 Sayre Street
Montgomery, Alabama 36104
(334)269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Brett Garrett
184 Commerce Street
Montgomery, Alabama 36101


This 13th day of July, 2006

_____
Norman Hurst