IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>FIRST UNITED METHODIST )<br>CHURCH and DARLENE MAYE, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv216-MHT |

ORDER

It is ORDERED that the motion for leave to file amended complaint (doc. no. 27) is granted.

DONE, this the 26th day of July, 2006.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE