UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:06-cv-216-MHT |
| vs. | ) | |
| | ) | |
| FIRST UNITED METHODIST | ) | |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants, First United Methodist Church (hereinafter "FUMC") and Darlene Maye, and move this Honorable Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, an Order dismissing these Defendants with prejudice on the grounds that there is no genuine issue as to any material fact and these Defendants are entitled to a summary judgment as a matter of law.  In support of this motion, Defendants FUMC and Maye would rely on the following:

1. All pleadings filed in this matter;

2. The deposition testimony of Monica Perryman, excerpts attached hereto as Exhibit "A;"

3. The deposition testimony of Darlene Maye, excerpts attached hereto as Exhibit "B;"

4. The affidavit of Darlene Maye, attached hereto as Exhibit "C;" and

5. The deposition testimony of Phillip Saunders, excerpts attached hereto as Exhibit "D;"

6.       Defendants' Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith.

          */s/ Bethany L. Bolger*_____
          Robert A. Huffaker (HUF003)
          Alan T. Hargrove (HAR236)
          R. Brett Garrett (GAR085)
          Bethany L. Bolger (BOL035)
          Attorneys for Defendants, First United
          Methodist Church and Darlene Maye

**RUSHTON, STAKELY, JOHNSTON**
    **& GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3215
Fax: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Norman Hurst, Jr., Esq.
    462-A Sayre Street
    Montgomery, Alabama 36104

by placing same in the United States Mail, postage prepaid and properly addressed on this the 31st day of October 2006.

          */s/ Bethany L. Bolger*
          Of Counsel