UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:06-cv-216-MHT |
| vs. | ) | |
| | ) | |
| FIRST UNITED METHODIST CHURCH and DARLENE MAYE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

EXHIBIT C.

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF MONTGOMERY

DARLENE MAYE, being duly sworn, deposed and says:

My name is Darlene Maye. I am a named Defendant in the above-referenced matter. The information set forth hereafter is based upon my personal knowledge.

1. Since August 2000, I have served as the director for the Early Childhood Development Center ("ECDC") at First United Methodist Church in Montgomery, Alabama.

2. I am an African-American female.

3. Plaintiff Monica Perryman was an employee of ECDC from August 2001 to March 2005. I was her supervisor during this time period.

4. During the time period that Ms. Perryman was employed at ECDC, ten out of the fifteen ECDC employees were black, and fourteen employees were female.

5. During the time period that Ms. Perryman was employed at ECDC, five of the employees were white.

6. One male, Lomar Benson, worked at ECDC while Ms. Perryman was employed there. Mr. Benson is African-American.

_____
DARLENE MAYE

SWORN TO and subscribed before me this 31st day of October, 2006.

(Seal)

_____
Notary Public
My Commission Expires: 5/9/09