# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4    ORIGINAL

5    MONICA PERRYMAN,

6        Plaintiff,

7

8    vs.        CIVIL ACTION NO. 2:06-cv-mef

9

10   FIRST UNITED METHODIST CHURCH; and

11   DARLENE MAYE,

12       Defendants.

13           *    *    *    *    *    *

14       DEPOSITION OF MONICA PERRYMAN,

15   taken pursuant to notice and

16   stipulation on behalf of the

17   Defendants, at Rushton, Stakely,

18   Johnston & Garrett, Montgomery,

19   Alabama, before Bridgette Mitchell,

20   Shorthand Reporter and Notary Public in

21   and for the State of Alabama at Large,

22   on October 10, 2006, commencing at

23   9:12 a.m.

Exhibit A

# FREEDOM COURT REPORTING

Page 8

1   A. Home.

2   Q. Can you give me the cell phone number,

3      too, please?

4   A. 324 -- 324-0269.

5   Q. Okay.  And do you have any plans on

6      leaving Montgomery in the near future?

7   A. No, sir.

8   Q. Where did you grow up, ma'am?

9   A. Where do I grow up?

10  Q. Where did you grow up, yes, ma'am.

11  A. Montgomery.

12  Q. Where did you go to high school?

13  A. Robert E. Lee.

14  Q. When did you graduate, what year?

15  A. '86.

16  Q. Did you have the opportunity to go to

17     college?

18  A. Yes, sir.

19  Q. Where did you go?

20  A. Trenholm State.

21  Q. When did you start at Trenholm State?

22  A. In '97.

23  Q. And did you graduate from Trenholm?

Exhibit A

## FREEDOM COURT REPORTING

Page 9

1   A. Yes, sir.

2   Q. What year?

3   A. In '90 -- rephrase the question. What

4      year did I graduate?

5   Q. Yes.

6   A. In '97. In what year did I . . .

7            MR. HURST: If you can't

8      remember --

9   Q. Let me ask you this: What year did you

10     start at Trenholm?

11  A. At Trenholm?

12  Q. Yes.

13  A. '95.

14  Q. 1995?

15  A. Uh-huh.

16  Q. You said you graduated in 1997?

17  A. '97.

18  Q. What did you study at Trenholm?

19  A. Early childhood development.

20  Q. Early childhood development?

21  A. Yes, sir.

22  Q. And when you graduated from Trenholm,

23     did you receive a certificate or

Exhibit A

## FREEDOM COURT REPORTING

Page 10

1      degree?

2    A. Certificate.

3    Q. What is that certificate called?

4    A. Early childhood development

5      certificate.

6    Q. And what does that certificate allow

7      you to do?

8    A. Allow me to do?  Explain what you --

9    Q. Well, if you have an early childhood

10      development certificate, how does that

11      allow you to become employed?  What job

12      do you get with that certificate?

13    A. I can work up to -- in the early

14      childhood development center.  I can

15      work in that field.

16    Q. Okay.  Is there a certain -- do you

17      have to keep that renewed, that

18      certificate renewed?

19    A. No, sir.

20    Q. Do you have to take any kind of

21      continuing training courses or classes

22      with that certificate?

23    A. Yes, sir.

Exhibit A

## FREEDOM COURT REPORTING

Page 13

1   A. Yes, sir.

2   Q. How about besides Montgomery County

3      Board of Education and Family Guidance,

4      any other places you can get training

5      hours?

6   A. Through the center that you work for.

7   Q. Okay.  So you can get in-house --

8   A. Yes, in-house.

9   Q. -- time?  Anything else besides that

10     where you can get your hours?

11  A. Those are the ones.

12  Q. Those three?  Okay.  Can you get them

13     online?  Do you know?  Can you take

14     online classes?

15  A. No, sir.

16  Q. How about Trenholm, does Trenholm offer

17     those kind of classes?

18  A. Trenholm?  Yes, sir.

19  Q. Trenholm does, too?

20  A. Yes.

21  Q. Any other place or any other way you

22     can think of where you can get hours to

23     continue your certificate besides what

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Exhibit A

# FREEDOM COURT REPORTING

Page 14

1       we've discussed?

2   A.  Those are the ones that I know of.

3   Q.  Okay.  And you said you graduated from

4       high school in 1986; right?

5   A.  Yes, sir.

6   Q.  And you went to Trenholm to get your

7       early childhood development certificate

8       in 1995; right?

9   A.  Right.

10  Q.  What did you do immediately after high

11      school, in 1986?  Did you go to work

12      for somebody?

13  A.  I did.

14  Q.  Where did you go to work?

15  A.  I went to National Industry.

16  Q.  National Industry?

17  A.  Yes, sir.

18  Q.  Where are they located?

19  A.  They were located on Gunter Park.

20  Q.  Here in Montgomery?

21  A.  Yes, sir.

22  Q.  And what did you do for National

23      Industry?

Exhibit A

# FREEDOM COURT REPORTING

Page 29

1    A.  Three years.

2    Q.  And what did you do after you -- after

3        three years were up, what did you do

4        then?

5    A.  I went to work for ECDC.

6    Q.  Do you recall what year you would have

7        left Alfa?

8    A.  2001.

9    Q.  Okay.  And were you terminated?  Did

10       you resign?

11   A.  Resigned.

12   Q.  Why did you resign?

13   A.  Unfair treatment.

14   Q.  Unfair treatment?

15   A.  Yes, sir.

16   Q.  Okay.  Explain to me how you were

17       treated unfairly by Alfa.

18   A.  Explain what you --

19   Q.  Well, you said you left because you

20       were treated unfairly.  I'm asking you

21       to explain to me what that treatment

22       was.

23   A.  The treatment that was unfair?

# FREEDOM COURT REPORTING

Page 30

1   Q. Yes.

2   A. When positions came open and I applied,

3     treated unfair with my race.

4   Q. Okay. Go back to that first thing.

5     You said there were positions that came

6     open and you applied?

7   A. Yes, sir.

8   Q. What's wrong with that?

9   A. The position?

10  Q. Yeah. Are you saying you weren't hired

11    for a position?

12  A. Yes, sir.

13  Q. Okay. What position were you

14    attempting to get that you were not --

15  A. The assistant director.

16  Q. Assistant director?

17  A. Yes.

18  Q. So at some time there was an opening

19    for an assistant director position at

20    Alfa; is that correct?

21  A. Yes, sir.

22  Q. Do you remember when that was?

23  A. It was '01.

## FREEDOM COURT REPORTING

Page 31

1   Q. And you applied for that position?

2   A. Yes, sir.

3   Q. You put in an application for that

4      position?

5   A. I did.

6   Q. And were other applications taken?

7   A. Yes, sir.

8   Q. Okay.  And who eventually got the job

9      over there for assistant director?

10  A. Miss Sharon.  I just call her by her

11     first name.

12  Q. Miss Sharon?

13  A. Uh-huh.

14  Q. And you feel like that you were

15     qualified for the job; is that correct?

16  A. Yes, sir.

17  Q. And that you didn't get it because of

18     your race?

19  A. Yes, sir.

20  Q. Now, is Miss Sharon a white lady, I'm

21     assuming?

22  A. Yes, sir.

23  Q. Do you know how many people applied for

## FREEDOM COURT REPORTING

1     that position at Alfa?

2   A.  Do I know how many?

3   Q.  Yes.  Or have you been told?

4   A.  No, sir.

5   Q.  Okay.  Were you told -- were you ever

6       told why you were not hired for that

7       position?

8   A.  No, sir.

9   Q.  Did you ever ask?

10  A.  Yes, sir.

11  Q.  What did they say?

12  A.  She didn't tell me.

13  Q.  She just --

14  A.  She just said she hired Miss Sharon.

15  Q.  Okay.  And then was it after that

16      decision, after that job opening came

17      available that you were not hired, that

18      you decided to look for employment

19      elsewhere?

20  A.  Yes.

21  Q.  Did you sue Alfa?

22  A.  My -- I need to --

23  Q.  Did you sue Alfa?

# FREEDOM COURT REPORTING

Page 33

1   A. My I speak to my attorney?

2   Q. Yeah.

3              (Conversation between the

4              witness and her attorney not

5              heard by the court reporter.)

6   A. There is confidentiality agreement.

7   Q. There is a confidentiality agreement

8      between whom?

9   A. Alfa and myself.

10  Q. Okay.  And what does that say?

11             MR. HURST:  Tell him the terms.

12     If you don't know it, just tell him you

13     don't know the answer.

14  A. I don't know the answer.

15  Q. Okay.  How do you know you can't talk

16     to me about it, then?

17            MR. HURST:  You can tell him that.

18  A. It was discussed in the -- in the

19     deposition.

20  Q. Okay.  Without going in -- I'm not so

21     much interested in the factual basis of

22     that litigation, but I'm going to need

23     to know some things about it.  Did you

# FREEDOM COURT REPORTING

Page 34

1    settle the case?

2  A. Settle?

3  Q. Did you go to trial?  Did you go to

4    jury trial or before a judge for a

5    bench trial?

6  A. No, sir.

7  Q. Did the case -- did y'all resolve it

8    between yourselves and just settle the

9    case?

10  A. Settle?

11  Q. Did you settle -- you did settle it?

12  A. Explain settle, what you mean settle.

13        MR. HURST:  Normally the

14    terms -- can we go off?

15        (Off-the-record discussion.)

16  Q. I'm going to request at this time you

17    provide me a copy of that

18    confidentiality agreement.  I'm not

19    interested in the inner dealings of it,

20    what happened.  I just need to know --

21    and this is all public record -- if it

22    was dismissed, then I can know that.

23    So if you'll provide me a copy of that,

## FREEDOM COURT REPORTING

Page 35

1  I appreciate it.

2  Let me ask you this, where did you

3  file the lawsuit?

4  A. Explain what you mean "where."

5  Q. Where did you file the lawsuit, what

6  venue, what court?

7  A. What court?  The court system?

8  Q. Yeah.

9  A. State, city?

10 Q. Where did you file?  I don't know where

11 you filed it.  Where did you file it?

12 A. State.

13 Q. Filed it in state court?

14 A. Uh-huh.

15 Q. Did you have an attorney at that time?

16 A. I did.

17 Q. What was his name or her name?

18          (No immediate response given.)

19          MR. HURST:  You can't remember?

20          THE WITNESS:  Uh-uh.

21          MR. HURST:  Just tell him that.

22 A. I can't remember.

23 Q. You think it was in 2001 you would have

## FREEDOM COURT REPORTING

Page 36

1    filed it?

2  A. Yes, sir.

3  Q. And it was -- I'm assuming it was a

4     race discrimination lawsuit?

5  A. Yes, sir.

6  Q. Were there any other charges in the

7     lawsuit besides race discrimination?

8  A. Any other charges?

9  Q. Right.  Besides race discrimination,

10    were there any other charges in that

11    lawsuit?

12 A. No, sir.

13 Q. Was there a gender discrimination

14    charge, saying that --

15 A. No, sir.  No, sir.

16 Q. All right.  When was the first time

17    that you went over to ECDC at First

18    United Methodist seeking employment?

19 A. In 2001.

20 Q. 2001?

21 A. Yes.

22 Q. Do you recall what month?  Summer --

23 A. August.

# FREEDOM COURT REPORTING

Page 61

1    appointment.

2  Q.  Okay.  Let me back up.  So your child

3     had a doctor's appointment on a certain

4     day --

5  A.  Yes.

6  Q.  -- in February?

7  A.  Yes.

8  Q.  And did you give anybody at First

9     United notice of that?

10 A.  Yes, sir, I did.

11 Q.  How much notice did you give?

12 A.  A week.

13 Q.  One week's notice?

14 A.  Yes, sir.

15 Q.  And what was said at that point when

16    you gave notice?

17 A.  What was said from whom?

18 Q.  How do you give notice?  If you want to

19    take a day off, how do you give notice?

20 A.  A request form.

21 Q.  You fill out a request form?

22 A.  Yes.

23 Q.  And who did you submit that to?

Exhibit A

## FREEDOM COURT REPORTING

Page 62

1    A. Ms. Darlene Maye.

2    Q. And on that request form, what did you

3       ask -- what did you request?

4    A. The day off.

5    Q. Okay. And did you receive a reply to

6       that?

7    A. Yes, sir.

8    Q. Okay. What was the reply?

9    A. My child or my job.

10   Q. No, no. I mean, after you sent in the

11      request form, what did she tell you

12      about you trying to take the day off?

13   A. My child or my job.

14   Q. So you sent in a request form to the

15      office. Did you go see her? Did you

16      go talk to her face to face?

17   A. Yes, sir.

18   Q. And you walked in the office and she

19      said, Your child or your job?

20   A. Yes, sir.

21   Q. And then you walked away?

22   A. No, sir. I took it to Mr. Saunders.

23   Q. Well, what was said? I need to know --

Exhibit A

# FREEDOM COURT REPORTING

Page 63

1    I mean, I'm sure there was more said.

2    You didn't just walk in and, Your child

3    or your job, and walk out.  What was

4    the conversation about?  What was

5    explained to you about why you couldn't

6    take the day off?  Do you recall?

7  A. Explain to me from --

8  Q. Right.  What were you told as to the

9    reason why you couldn't take the day

10   off?

11 A. That it wasn't a two weeks' notice.

12 Q. So the reason you couldn't take the day

13   off is because you failed to give two

14   weeks' notice?

15 A. Yes, sir.

16 Q. Okay.  And what kind of doctors

17   appointment was it?

18 A. WIC.

19 Q. I'm sorry?

20 A. WIC appointment.

21 Q. What is WIC?

22 A. It's a program that helps children

23   undernourishment.

Exhibit A

## FREEDOM COURT REPORTING

Page 64

1  Q. A program to help undernourished

2     children?

3  A. Yes.  And children who are sick.

4  Q. Do they have a doctor at the program?

5  A. Yes, they do.

6  Q. What doctor is that?

7  A. It's like a -- I don't know all their

8     names.  It's different ones.

9  Q. Okay.  So your daughter wasn't sick.

10     You had a WIC appointment?

11  A. Yes.

12  Q. And you're saying that there is a

13     doctor at WIC?

14  A. Yes.

15  Q. And she had an appointment with that

16     doctor at WIC?

17  A. Yes, sir.

18  Q. And you don't know that doctor's name?

19  A. No, sir.  There would be different

20     ones.

21  Q. What was the point of the doctor's

22     appointment?

23  A. What --

Exhibit A

## FREEDOM COURT REPORTING

Page 65

1   Q. What was the doctor doing for your

2      daughter?

3   A. It was her checkup time.

4   Q. And how are appointments made over at

5      WIC?

6   A. How are they made?

7   Q. Yeah.

8   A. Specify --

9   Q. I mean, how -- I mean, do they contact

10     you?  Do you contact them?

11  A. They make annual appointments for you.

12  Q. They make annual appointments?

13  A. Yes.

14  Q. Do you have the power to change those

15     to set a specific date?

16  A. Do I have the power to change?

17  Q. Yes, to change the appointment date.

18     Can you call and say, Look, I can't be

19     there on this date.  Can we do it

20     another time?

21  A. Yes, sir.

22  Q. You do have the power to change that

23     date?

Exhibit A

## FREEDOM COURT REPORTING

Page 66

1   A. Yes, sir.

2   Q. You said that was an annual checkup?

3   A. Yes, sir.

4   Q. How do you become eligible for WIC?

5   A. Explain.

6   Q. How do you become eligible?  How do you

7      get in their program?

8   A. Your doctors tell you about it, your

9      children's physician.

10  Q. Your child's physician told you about

11     the WIC program?

12  A. Yes, sir.

13  Q. And how did you become entered into the

14     WIC program?

15  A. Called and made an appointment.

16  Q. You called the WIC people and made an

17     appointment?

18  A. Yes, sir.

19  Q. Did you ever fill out an application,

20     anything like that?

21  A. No, sir.

22  Q. So there's no application?

23  A. Not for me to fill out, no, sir.

Exhibit A

## FREEDOM COURT REPORTING

Page 67

1    Q. Who filled out the application?

2    A. The clerks behind the desk.

3    Q. So you went down to the WIC center?

4    A. Yes, sir.

5    Q. Okay.  And there was a clerk that

6       filled out your application for you?

7    A. Yes.

8    Q. When did you sign up for the WIC

9       program?

10   A. I can't remember.

11   Q. Can't remember what year?

12   A. No, sir.

13   Q. Are you still in it?

14   A. Yes, sir.

15   Q. Can you be in the WIC program and be

16      employed at the same time?

17   A. Yes, sir.

18   Q. You can be?

19   A. Yes, sir.

20   Q. When you signed up for WIC, did you

21      have to provide them with any

22      information, any proof of employment,

23      anything like that?

Exhibit A

## FREEDOM COURT REPORTING

Page 68

1  A. Yes, sir.

2  Q. What did you provide them with?

3  A. Explain what you --

4  Q. What did you provide them with, the WIC

5     people?

6  A. Proof of employment.

7  Q. Is that it?

8  A. Yes, sir.

9  Q. So the people at the WIC office wanted

10    to know whether or not you were

11    employed before they entered you into

12    the program?

13 A. Yes, sir.

14 Q. And besides the WIC program, besides

15    having annual checkups available for

16    your children, do you get any other

17    kind of benefits?

18 A. You receive vouchers.

19 Q. Receive vouchers?

20 A. Yes, sir.

21 Q. And do those come in the mail or do you

22    have to pick those up?

23 A. Pick them up.

Exhibit A

# FREEDOM COURT REPORTING

Page 69

1  Q. You pick them up?

2  A. Yes.

3  Q. Do you know if they mail them?

4  A. Do I know if they mail them?

5  Q. Yes.

6  A. No.

7  Q. They do not?

8  A. You asked me did I know if they mailed

9     them.  No, sir.

10 Q. You don't know whether or not they mail

11    them or not?

12 A. No, sir.

13 Q. How often do you go there to pick them

14    up, the vouchers?

15 A. Every three months.

16 Q. And is that a set time you go pick them

17    up or can you change that time?

18 A. Set time.

19 Q. Do they allow you to change that time?

20 A. No, sir.

21 Q. I'm sorry?

22 A. No, sir.

23 Q. Have you ever tried to change the time

Exhibit A

# FREEDOM COURT REPORTING

Page 70

1    that you pick up your vouchers?

2    A. No, sir.

3    Q. Okay.  How do you know, then, that you

4    can't change it?

5    A. It's on the WIC card, the pick-up time.

6    Q. Right.  But I'm saying, how do you know

7    that they won't allow you to pick that

8    up at a different date?

9    A. Your vouchers?

10   Q. Yes.

11   A. You can pick up the vouchers a

12   different date.

13   Q. Okay.  So you have freedom to change

14   the voucher pick-up date as well?

15   A. Right.

16   Q. Now, when you first started working

17   at -- tell me one more time.  When did

18   you start working at the ECDC program?

19   A. August of '01.

20   Q. And what were you doing for them at

21   that time when you started?  What were

22   your responsibilities?

23   A. My responsibility?

Exhibit A

## FREEDOM COURT REPORTING

Page 75

1    Q.  Okay.  Would there be any religious

2         doctrine taught, Bible stories?

3    A.  No, sir.

4    Q.  So there were no Bible stories taught

5         to three-year-olds?

6    A.  Uh-uh.   (Witness shakes head.)

7    Q.  Did you have a lesson plan?

8    A.  We did.

9    Q.  Explain that to me.  What was the

10        lesson plan like?

11   A.  It was a curriculum based on different

12        activities, like Easter and Halloween

13        and fall festival, and we would have to

14        implement -- we would have to put on

15        the lesson plan what we're going to do

16        for those subjects.

17   Q.  Okay.  It's your testimony that none of

18        the subjects you ever taught the three-

19        year-olds were religious based in any

20        way?

21   A.  I would say holidays.

22   Q.  Okay.  So you say during the holidays

23        you would teach religious doctrine to

Exhibit A

## FREEDOM COURT REPORTING

Page 76

1    the children?

2  A. Yes.

3  Q. Which holidays would you teach

4     religious doctrine to the children?

5  A. Christmas.

6  Q. And what would you teach them at

7     Christmastime about religion?

8  A. Baby Jesus, about baby Jesus' birth.

9  Q. So you would teach them about the birth

10    of baby Jesus?

11 A. Yes.

12 Q. What else would you teach about

13    religion?

14 A. That's basically it.

15 Q. Gift of the Magi?  Did you ever teach

16    the Gift of the Magi -- frankincense,

17    gold, myrrh?

18 A. No, sir.

19 Q. How about Easter, what did you teach

20    them during Easter?

21 A. The resurrection of Jesus.

22 Q. And how would you teach them about

23    these religious topics?  Did you have a

Exhibit A

## FREEDOM COURT REPORTING

Page 77

1  religious textbook, some kind of book

2  you teach them from?

3  A. No, sir.  We had little Easter eggs

4  that she provided.

5  Q. You had Easter eggs?

6  A. Uh-huh.

7  Q. But when you're teaching your children

8  about the resurrection of Jesus or the

9  birth of Jesus, you didn't have a

10  little pamphlet or a little book to

11  show them pictures, nothing like that?

12  A. No, sir.

13  Q. How would you teach them about it,

14  then?

15  A. The little eggs.  The resurrection was

16  the little eggs.

17  Q. Okay.  Explain the eggs.  I may be

18  missing it.  What were the eggs?

19  A. It was little different things in the

20  eggs that explains to you.

21  Q. I see.  So during Easter, for example,

22  you'd have Easter eggs with little

23  Christian messages inside?

Exhibit A

# FREEDOM COURT REPORTING

Page 78

1  A. Right.

2  Q. And that's how you would teach them

3     about it?

4  A. Right.

5  Q. How about Christmas, how would you

6     teach them about the birth of Jesus at

7     Christmastime?

8  A. We would let the children interact as

9     being baby Jesus.

10 Q. So you would put on plays and skits

11    involving religion; is that correct?

12 A. Yes.

13 Q. And you would actually have some of the

14    children pretend to be baby Jesus?

15 A. Yes.

16 Q. What would the other children in the

17    room when you're doing that play?  What

18    characters would they be?

19 A. There wasn't a character.  It was just

20    baby Jesus.

21 Q. Just baby Jesus?

22 A. Uh-huh.  (Witness nods head.)

23 Q. What were you telling the kids about

Exhibit A

## FREEDOM COURT REPORTING

Page 79

1      baby Jesus at that time?

2   A. What you mean what I would tell them?

3   Q. Yeah.  I mean, how would you teach them

4      about baby Jesus?  I know you have

5      somebody pretending to be baby Jesus

6      there in the room.  How would you teach

7      them from that?

8   A. Just explain to them how much he loved

9      them.

10  Q. Okay.  How much Jesus loves them?

11  A. Yes.

12  Q. Are there any religious pictures in

13     your three-year-old room on the walls?

14  A. What you mean, when I was there?

15  Q. Yeah.  Yeah, when you were there.

16  A. No, sir.

17  Q. So there were no religious pictures on

18     the wall?

19  A. No, sir.

20  Q. Is there a Bible in that room?

21  A. Not that I can recall.

22  Q. Do you recall any religious literature

23     in the three-year-old room?

Exhibit A

## FREEDOM COURT REPORTING

Page 80

1  A. They had some little pamphlets they

2     would send in that they take home, the

3     children would take home.

4  Q. All right.  Let me talk about that a

5     little bit.  So you all had religious

6     pamphlets that would be provided to

7     your class?

8  A. Yes, sir.

9  Q. And you would pass those out to the

10    children?

11 A. Yes.

12 Q. How often would they get the pamphlets?

13 A. When they go to chapel.

14 Q. Okay.  When do they go to chapel?

15 A. On Wednesdays.

16 Q. Okay.  So aside from -- on top of, I

17    should say, religious holidays, they

18    were also taught religion every

19    Wednesday as part of chapel day?

20 A. Yes, sir.

21 Q. Explain to me what chapel day entails.

22    What is that about?

23 A. We would take them to the chapel

Exhibit A