## FREEDOM COURT REPORTING

Page 81

1    teacher and they teach them.

2  Q. So you would take your class to the

3    chapel?

4  A. Not to the chapel, but they had a

5    little room set up.

6  Q. So on Wednesdays you would take your

7    class to a room to receive religious

8    education?

9  A. Yes, sir.

10 Q. And what kind of education would they

11    receive on chapel day?

12 A. That was up to the chapel teacher.

13 Q. Who would the chapel teachers be?

14 A. Miss Honey was one.

15 Q. Miss Honey?

16 A. Yes, Honey Williams.

17 Q. Honey Williams.  Who else?  Who else

18    would do the chapel-teaching program?

19 A. That was it for the threes.

20 Q. So Honey would do every chapel day for

21    the three-year-olds?

22 A. Yes, sir.

23 Q. And what would she teach during chapel

Exhibit A

## FREEDOM COURT REPORTING

Page 82

1    day?

2  A.  That was her curriculum.

3  Q.  Okay.  So you brought the children in.

4      Were you there with them, stayed with

5      them, during this time?

6  A.  Yes, sir.

7  Q.  And what would the message be -- what

8      was the point of going to chapel day?

9  A.  It was chapel day.

10 Q.  Right.  I understand it's chapel day.

11     What was the point in taking the kids

12     to chapel day?

13 A.  I'm trying to understand what you're

14     saying.  What do you mean?  What's

15     the --

16 Q.  I mean, I wasn't there.  You were there

17     every Wednesday.

18 A.  Right.

19 Q.  You would take these kids to this room

20     that was set up for what you're telling

21     me was chapel day.

22 A.  Right.

23 Q.  There'd be a speaker in there who

Exhibit A

## FREEDOM COURT REPORTING

Page 83

1    taught about religious topics; correct?

2  A. Correct.

3  Q. Now, I'm just asking you what she would

4    teach.  I wasn't there.  I don't know.

5    I need to know what she would teach.

6  A. She would teach religious topics.

7  Q. Religious topics?

8  A. Uh-huh.

9  Q. Is there any rhyme or reason which

10    topics she would discuss?

11  A. It would be different.

12  Q. So it was a different religious topic

13    every time, every Wednesday?

14  A. Yes.

15  Q. And corresponding with that chapel day,

16    there would also be a pamphlet that

17    would be passed out to you and your

18    children?

19  A. No, to the children.

20  Q. Who passed those pamphlets out?

21  A. The teachers put them in the cubbies.

22  Q. Did you do that?

23  A. Yes, sir.

Exhibit A

## FREEDOM COURT REPORTING

Page 87

1    your three-year-olds, would she provide

2    a lesson or a Bible verse to be taught

3    to your children after?

4  A. Explain.  Would she --

5  Q. Yeah.  When she went to chapel day --

6    I'm sorry.  When you took your children

7    to chapel day on Wednesday, did she

8    provide a Bible verse or any kind of

9    lesson to teach the kids thereafter?

10 A. No, sir.

11 Q. Okay.  Now, after you left the three-

12    year-olds -- how long were you with the

13    three-year-old kids?

14 A. Two years.

15 Q. And where did -- job changed after

16    that?

17 A. Yes.

18 Q. What did it change to?

19 A. To pre-K teacher.

20 Q. The pre-K teacher.  Did you receive a

21    wage increase at that time?

22 A. Yes, sir.

23 Q. What was it?

Exhibit A

## FREEDOM COURT REPORTING

Page 99

1   Q. Okay.  Is there -- after group time,

2      what would you do?

3   A. We will clean up and get ready to go

4      outside.

5   Q. Clean up and get ready for outside?

6   A. Yes.

7   Q. When would you go outside?

8   A. Eleven.

9   Q. Eleven o'clock?

10  A. Uh-huh.

11  Q. Did you go to the playground?

12  A. Yes, sir.

13  Q. How long did you stay out there?

14  A. Thirty minutes.

15  Q. And after their thirty minutes was up

16     outside, what would you do?

17  A. Come in and have lunch.

18  Q. Okay.  Now, would you lead them in a

19     prayer prior to lunch?

20  A. Yes, sir.

21  Q. I'm sorry?

22  A. Yes, sir.

23  Q. What kind of prayer would you do?

Exhibit A

## FREEDOM COURT REPORTING

1   A.  Specify what you mean.

2   Q.  What prayer?

3   A.  The blessing of the food.

4   Q.  Okay.  Was it a standard prayer you did

5       every single day or did you change it

6       up some?

7   A.  Standard every single day.

8   Q.  Who taught you that prayer?

9   A.  The one I use at home.

10  Q.  Okay.  So you would bring your prayer

11      that you use at home and it would be

12      the same for the children at ECDC --

13  A.  Yes, sir.

14  Q.  -- prior to them eating?

15  A.  Yes, sir.

16  Q.  After lunch, what would the kids do?

17  A.  Go to nap.

18  Q.  Go to nap?

19  A.  Yes.

20  Q.  Where would they nap?

21  A.  What do you mean where would they nap?

22  Q.  Where would they nap?  Where would they

23      sleep?

Exhibit A

## FREEDOM COURT REPORTING

Page 104

1   A. No, sir.

2   Q. Did you ever prompt them to pray before

3      the snack?

4   A. Which meal?

5   Q. Snack.

6   A. The first or the second?

7   Q. There's two afternoon snacks?

8   A. Yes.  Well, there was one in the

9      morning and one in the afternoon.

10  Q. All right.  Tell me about the morning

11     first.  Did you prompt them in the

12     morning snack --

13  A. Yes.

14  Q. -- to pray?

15  A. Yes, sir.

16  Q. And how about the afternoon?

17  A. No, sir.

18  Q. So the morning snack you would prompt

19     them to pray?

20  A. Yes.

21  Q. And you prompted them to pray before

22     lunch; correct?

23  A. No, sir.

Exhibit A

## FREEDOM COURT REPORTING

1   Q. Well, you just testified a minute ago

2      that you prayed before every lunch with

3      the prayer you brought from home;

4      right?

5   A. Right.

6   Q. So you'd pray before the morning snack?

7   A. Right.

8   Q. And you'd pray before --

9   A. Lunch.

10   Q. -- lead them in prayer before lunch?

11   A. Right.

12   Q. But you would not during the afternoon

13      snack?

14   A. They did it without me.

15   Q. So they prayed without you in the

16      afternoon?

17   A. (Witness nods head.)

18   Q. How did they know to do that?

19   A. It was a repetition thing that we did.

20   Q. Okay.  So at that point they're just

21      used to it and they'd pick it up and do

22      it themselves?

23   A. Yes.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Exhibit A

## FREEDOM COURT REPORTING

Page 106

1    Q. Which prayer would they pray in the

2       afternoon snack?

3    A. The same one.

4    Q. This the one you brought from home and

5       taught them?

6    A. Yes.

7    Q. Now, after afternoon snack, what would

8       you all do?

9    A. Read a story and get ready to go

10      outside.

11   Q. Tell me about that story. What kind of

12      stories would you read?

13   A. Stories that's on the topic of the day.

14      Like if it's firefighters, we'll try to

15      read a firefighter story and safety and

16      transportation.

17   Q. Okay. Are these biblical-based

18      stories?

19   A. No, sir.

20   Q. So you never read the children any

21      biblical-based story in the afternoon

22      time when you were there?

23   A. Yes, sir.

Exhibit A

# FREEDOM COURT REPORTING

Page 107

1  Q. You did?

2  A. Yes, sir.

3  Q. Okay. Explain to me when you would

4     read them the biblical-based stories in

5     the afternoon.

6  A. When it was on the lesson plan to do.

7  Q. That's your lesson plan; right?

8             (No immediate response given.)

9  Q. Right?

10 A. For the topic of the week, yes.

11 Q. So you would have the freedom in your

12    lesson plan to pick a religious story

13    to teach the topic of the week;

14    correct?

15 A. Yes, sir.

16 Q. And you would choose that religious

17    story?

18 A. Yes, sir.

19 Q. Now, in the -- after you read their

20    afternoon story, what would you do

21    then?

22 A. We'd go back outside.

23 Q. So your second outside break?

Exhibit A

# FREEDOM COURT REPORTING

Page 108

1   A. Outside break.

2   Q. Was it thirty minutes as well?

3   A. Yes, sir.

4   Q. Okay.  And after you came back in from

5      your second outside break, what would

6      you do?

7   A. Go home.

8   Q. Did the children ever have a prayer

9      before they left for the day?

10  A. I was gone before they was.

11  Q. You were gone before your children

12     were?

13  A. Yes.  I left at 3:30.

14  Q. Okay.  So before you left in the

15     afternoon time was there an afternoon

16     prayer?

17  A. No, sir.

18  Q. Now, when you needed religious

19     literature to teach your lesson plan,

20     where would you get that?

21  A. From my church or my home.

22  Q. Okay.  So when you needed religious

23     material to teach from, you would get

Exhibit A

## FREEDOM COURT REPORTING

Page 109

1  that from your personal church or your

2  home?

3  A. Yes, sir.

4  Q. And you would bring that in for them to

5  learn from?

6  A. Yes, sir.

7  Q. Okay.  Were you -- did you ever go to

8  any libraries, anything of that nature,

9  to pick up religious literature?

10  A. No, sir.

11  Q. Is that a no?

12  A. Yes, sir.

13  Q. In the pre-K class, were there coloring

14  books?

15  A. Specify "coloring books."

16  Q. Were there any coloring books in the --

17  A. Yes, coloring books.

18  Q. There were?

19  A. Yes.

20  Q. Were the coloring books religious in

21  nature?

22  A. No, sir.

23  Q. Were any of them ever religious in

Exhibit A

## FREEDOM COURT REPORTING

Page 110

1    nature, the coloring books?

2    A. The ones they receive on Wednesdays.

3    Q. So every Wednesday they would receive

4       coloring books during chapel day; is

5       that correct?

6    A. Yes, sir.

7    Q. And those coloring books would always

8       be religious in nature?

9    A. Yes, sir.

10   Q. And that's every Wednesday; correct?

11   A. Correct.

12   Q. Was there ever a time where you would

13      write a biblical verse on a blackboard

14      and have the children memorize it?

15   A. No, sir.

16   Q. Was there ever any directive that the

17      children had to learn the books of the

18      Bible, for instance?

19   A. No, sir.

20   Q. Was there any -- were you ever -- as a

21      teacher at ECDC, were you responsible

22      for teaching the children any specific

23      religious teaching?

Exhibit A

## FREEDOM COURT REPORTING

Page 111

1   A. No, sir.

2   Q. They didn't have the learn the saints,

3       the apostles, the --

4   A. No.

5   Q. -- books of the Bible, nothing like

6       that?

7   A. No, sir.

8   Q. In the pre-K room, were there religious

9       pictures on the walls?

10  A. No, sir.

11  Q. Was there a Bible in the room?

12  A. Yes, sir.

13  Q. There was?

14  A. Yes, sir.

15  Q. Was it Bibles for the children to read?

16  A. Yes, sir.

17  Q. Was that a yes?

18  A. Yes, sir.

19  Q. When would they read those Bibles?

20  A. When they go into the library.

21  Q. When they go in the library?

22  A. Yes.

23  Q. When would they go in the library?

Exhibit A

## FREEDOM COURT REPORTING

Page 112

1   A.  It was at their discretion.

2   Q.  Sorry?

3   A.  It was at their discretion when they go

4       into the library.

5   Q.  The four-year-old children had

6       discretion to go in the library?

7   A.  Yes, sir.

8   Q.  And there were Bibles there for them to

9       learn -- I mean to read.

10  A.  It was a center.  It was a center

11      there.

12  Q.  It was a center?

13  A.  Yes, sir.

14  Q.  Okay.  So there was a religious center?

15  A.  Uh-uh.  That was the library.

16  Q.  Okay.  So the library has the religious

17      material?

18  A.  It had a picture book.

19  Q.  It had a picture book --

20  A.  Yes.

21  Q.  -- in the library?

22  A.  Yes.

23  Q.  Did they go there every day?

Exhibit A

## FREEDOM COURT REPORTING

Page 113

1   A. No, sir.

2   Q. When would they go to library?

3   A. It varied.

4   Q. It varied?

5   A. (Witness nods head.)  Uh-huh.

6   Q. Would you send them in there?

7   A. No, sir.

8   Q. You never sent a child to library?

9   A. No, sir.

10  Q. Why would it vary?

11  A. Because it was part of the centers.

12  Q. It was part of the centers?

13  A. Right.  The centers in the classroom.

14  Q. So they had access to this every day?

15  A. Yes, sir, it was there every day.

16  Q. And they would just decide whether or

17     not they wanted to go?

18  A. Yes, sir.

19  Q. But that wasn't part of your lesson

20     plan one way or the other?

21  A. No, sir.

22  Q. How long did you stay with the pre-K

23     class?

Exhibit A

## FREEDOM COURT REPORTING

Page 114

1   A.  Until my termination.

2   Q.  When was that?

3   A.  '04, '05.

4   Q.  You think you were terminated in 2004

5       or 2005?

6   A.  A year ago.

7   Q.  2005?

8   A.  Yes.

9   Q.  Okay.  Now, when you went to work at

10      ECDC, did you understand that it was a

11      religious institution?

12  A.  Did I -- what you mean?

13  Q.  Did you understand you were going to

14      teach at a religious school, religious

15      institution?

16  A.  Don't remember, no, sir.

17  Q.  You don't remember what?

18  A.  If it was a religious-teaching school?

19      What you mean?

20  Q.  I'm sorry?

21  A.  What are you trying to . . .

22  Q.  Well, I just want to know, when you

23      started work at ECDC -- I mean, you'd

Exhibit A

## FREEDOM COURT REPORTING

Page 115

1   already been there training for an

2   amount of time, then you went back and

3   applied for a job there.  I just want

4   to get your testimony whether or not

5   you understood that ECDC was a

6   religious institution, part of a

7   church?

8   A. Oh, yes, sir, it was part of a church.

9   Q. So you understood that the ECDC program

10      was part of First United Methodist

11      Church?

12  A. Yes, sir.

13  Q. And you understood -- I mean, it's

14      attached to the church?

15  A. Yes.

16  Q. Okay.  And when you got -- when you

17      applied for that job, did you expect

18      that a lot of what you'd be doing would

19      involve religious teaching?

20  A. No, sir.

21  Q. You didn't understand that?

22  A. No.  It wasn't a -- it wasn't told that

23      I had to do that, no, sir.

Exhibit A

### FREEDOM COURT REPORTING

Page 123

1   Q. I need to know what we've done wrong.

2       I need to know what you're claiming how

3       we've discriminated against you.  I

4       need to know all the instances you're

5       talking about.

6   A. Okay.

7   Q. So let me have it.

8   A. My leave time.

9   Q. Relieve time?

10  A. Yes, leave time.

11  Q. Leave time.  What about leave time?

12  A. What do you mean?

13  Q. Well, I mean, it's your lawsuit.  All

14      right?  You've got to tell me what

15      we've done wrong.  That's what I need

16      to know.  So, you're saying leave time.

17      Okay.  What about leave time have we

18      done wrong?  What do you mean?

19  A. Allowing the gender and race to be able

20      to leave and personal time.

21  Q. All right.  I don't understand that.

22      You're going to have to help me.

23              MR. HURST:  I think he's asking

Exhibit A

## FREEDOM COURT REPORTING

Page 124

1    for specifics.

2            MR. GARRETT:  I am.

3    Absolutely.  I need --

4            MR. HURST:  He's asking, like,

5    when did you see this?  When was the

6    male or when was --

7  Q. Right.  What are you talking about?

8    That's what I need to know.  What leave

9    time?  What are you talking about?

10  A. With the male, when he was asked for

11    time, he received that time without any

12    scrimacy (phonetic) about it.  They

13    allowed him to go when he wanted to go.

14  Q. Okay.  Hold on.  You said "the male."

15  A. The male.

16  Q. What male?  Who are you talking about?

17  A. Mr. Bronson.

18  Q. Who?

19  A. Mr. Bronson.

20  Q. Mr. Bronson?

21  A. Yeah.

22  Q. Who is --

23  A. Lamar Bronson.

Exhibit A

## FREEDOM COURT REPORTING

Page 125

1  Q. Mr. Lamar Bronson?

2  A. Yes.

3  Q. And who is Mr. Lamar Bronson?

4  A. He was an employee there.

5  Q. He was an employee. What kind of

6     employee was Mr. Bronson?

7  A. A floater.

8  Q. He was a floater?

9  A. Yes, sir.

10 Q. And when was he floating?

11 A. From eleven to closing.

12 Q. I mean, what time period are we talking

13    about here? What year? When are you

14    talking about?

15 A. Oh, in '04-'05.

16 Q. '04-'05?

17 A. Uh-huh.

18 Q. So Mr. Bronson was floating at some

19    point between 2004 and 2005?

20 A. Yes, sir.

21 Q. We've got that. And you're saying that

22    he got leave time?

23 A. Yes, sir.

Exhibit A

## FREEDOM COURT REPORTING

Page 126

1    Q.  How do you know that?

2    A.  Because he would fill out his forms.

3    Q.  And how would you see his forms?

4    A.  He would bring them in the room and

5        fill them out.

6    Q.  So he -- it's your perception that he

7        requested time off and was given time

8        off?

9    A.  Yes, sir.

10   Q.  And that you requested time off but

11       weren't given time off sometime in 2004

12       and 2005?

13   A.  Yes, sir.

14   Q.  That's the claim?

15   A.  No, sir.  I mean, that's part of it.

16   Q.  Okay.  Now, what time off was he

17       requesting?

18   A.  It varied.  When he requested his time

19       off, how . . .

20   Q.  How do you know -- I'm confused.  How

21       do you -- what are you talking about?

22       What time off would he request, first

23       of all?  That's the first question.

Exhibit A

## FREEDOM COURT REPORTING

Page 127

1   What would he ask off for?

2   A. To go off to be with his family or to

3      go to school and go to work.

4   Q. He was already -- go to another job?

5   A. Yes, sir.

6   Q. So it's your perception that he would

7      make request for time off during 2004

8      and 2005 to go to work, to go --

9   A. To school.

10  Q. -- to see his family --

11  A. And to go to school.

12  Q. -- and to go to school. Sometime in

13     that year period he would make those

14     requests?

15  A. Yes, sir.

16  Q. How do you know that?

17  A. He would fill his form out.

18  Q. He would fill his form out?

19  A. Yes.

20  Q. How do you know he was filling his form

21     out?

22  A. He would bring them in the classroom

23     and he would ask me did I have any --

Exhibit A

## FREEDOM COURT REPORTING

Page 128

1    because we couldn't take off if it was

2    one person out of the classroom.  One

3    teacher had to be there at all time.

4  Q. Well, yeah.  I know.  But he would --

5    so you would watch him fill out --

6  A. Yes.

7  Q. -- request forms for time off?

8  A. Yes.

9  Q. And he would submit them in to where?

10 A. Ms. Darlene Maye.

11 Q. And it's your perception that he was

12   granted time off?

13 A. Yes, sir.

14 Q. Now, do you know anything about how

15   many days he had accrued for vacation?

16 A. No, sir.  He was part-time.

17 Q. So he was part-time?

18 A. Uh-huh.

19 Q. You don't know -- how do you know about

20   his schedule?  How would you know how

21   many days he had off or didn't?

22 A. Because he was in his ninety-day

23   probation and you don't receive any

Exhibit A

# FREEDOM COURT REPORTING

Page 129

1  time off until after your ninety-day

2  probation.

3  Q. Okay. So he was -- sometime in 2004

4  and 2005 he was on a ninety-day

5  probation?

6  A. Yes, sir.

7  Q. While he was floating?

8  A. Yes, sir, as a probation period.

9  Q. Ninety days of probation?

10  A. Yes, sir.

11  Q. And during that ninety-day probation,

12  you don't -- it's your belief that

13  there is no time off given; is that

14  correct?

15  A. Yes.

16  Q. Is that correct?

17  A. Yes, sir.

18  Q. No time off given during that ninety-

19  day period. All right. And you think

20  that he got time off during those

21  ninety days?

22  A. Yes, sir.

23  Q. And that would be work, family, and

Exhibit A

## FREEDOM COURT REPORTING

1  school --

2 A. Yes.

3 Q. -- as far as you know?

4 A. Yes.

5 Q. Any other instances that you're talking

6  about or is it just during that

7  ninety-day period?

8 A. Other incidents.

9 Q. There's other incidents outside the

10  ninety-day period?

11 A. Yes.

12 Q. Tell me about those.

13 A. She would work around his schedule for

14  him to attend school.

15 Q. Who is "she"?

16 A. Ms. Darlene Maye.

17 Q. Would work with him to allow him to go

18  to school?

19 A. Yes, sir.

20 Q. And that's a good thing, isn't it?

21 A. Yes, sir.

22 Q. All right.  How many males were over

23  there at the ECDC program when you were

Exhibit A

## FREEDOM COURT REPORTING

1    there?

2  A. One.

3  Q. Just one, one male?

4  A. Yes, sir.

5  Q. And that's Mr. Bronson?

6  A. Yes, sir.

7  Q. And everybody else was female?

8  A. Yes, sir.

9  Q. And he was -- how long did he stay as a

10    floater?  Do you know?

11  A. No, sir.

12  Q. Okay.  And, now, when Mr. Bronson was

13    receiving time off during his ninety-

14    day probationary period and then time

15    off for unknown reasons down the road,

16    how were you discriminated against?

17  A. Because when I requested time off, I

18    was denied.

19  Q. Now, when would you request time off

20    and be denied, specifically now?  I'm

21    not talking about just random times

22    without years.  I need to know what

23    you're talking about.

Exhibit A

## FREEDOM COURT REPORTING

Page 132

1    (No immediate response given.)

2  Q. When did you request and when were you

3     denied?

4  A. For my children's doctors'

5     appointments.

6  Q. When was that?

7  A. In February and in June.

8  Q. February and June?

9  A. Yes.

10  Q. 2004?

11  A. No, sir, not 2004.

12  Q. What year?

13  A. February of '04, but June, I can't

14     remember what year June is.

15  Q. So February of '04 you requested time

16     off for a doctor's appointment and you

17     didn't get it?

18  A. Yes, sir.

19  Q. And then June of some unknown year,

20     same thing happened?

21  A. Yes, sir.

22  Q. And this February '04 is what we

23     already talked about earlier about --

Exhibit A

## FREEDOM COURT REPORTING

Page 133

1    A. Yes.

2    Q. -- trying to go to your WIC

3       appointment?

4    A. Yes, sir.

5    Q. Any other -- any other request besides

6       February of '04 and the unknown June

7       request that you were denied?

8    A. When my son had an accident, car

9       accident.

10   Q. When was that?

11   A. In '04 in February.

12   Q. In February of '04?

13   A. Yes.

14   Q. Your son was in an automobile accident?

15   A. Yes, sir.

16   Q. When?

17   A. In '04.

18   Q. Right.  I know.  But, I mean, do you

19      know what day?

20   A. (Witness shakes head.)

21   Q. Just sometime in February?

22   A. Yes, sir.

23   Q. And you requested time off for what?

Exhibit A

## FREEDOM COURT REPORTING

Page 134

1    A.  It was -- I was -- had to leave.

2    Q.  So you didn't request time off?

3    A.  No.  I asked could I.

4    Q.  You asked who?

5    A.  Ms. Darlene Maye.

6    Q.  Asked her if you could have time off

7        after your son was involved in an

8        automobile accident?

9    A.  Yes, sir.

10   Q.  And what did she say?

11   A.  She told me no.

12   Q.  She just said no?

13   A.  Yes, sir.

14   Q.  So you went to Darlene Maye and you

15       said, Ms. Maye, my son's been involved

16       in an automobile accident.  Can I

17       leave?  And then she answered you no.

18       Is that --

19   A.  Well, I was already off.

20            MS. MAYE:  I need a break.

21            MR. GARRETT:  Okay.

22            (Short recess.)

23   Q.  Okay.  So we've got your request for

Exhibit A