# FREEDOM COURT REPORTING

Page 173

1  Q.  Why not?

2  A.  Because there's certain headings that

3     you have to make sure you have for your

4     hours.  You just can't take any hours.

5     It have to be specific guidelines that

6     you have to take.

7  Q.  Did you call around to other places to

8     see if they were being offered?

9  A.  No, sir.

10  Q.  You didn't call around?

11  A.  No, sir.

12  Q.  Why not?

13  A.  Because I had paid for this class.

14  Q.  Which was after the deadline?

15  A.  No, it was before the deadline.  I had

16     paid before.

17  Q.  The class was in March; right?

18  A.  Oh, the class was in March, yes.

19  Q.  How much was the -- how much had you

20     paid for it?

21  A.  Ten dollars.

22  Q.  How much?

23  A.  Ten dollars.

Exhibit A

## FREEDOM COURT REPORTING

Page 174

1    Q. And you think that there are -- there

2       were other teachers who were allowed to

3       take classes after the deadline?

4    A. Yes, sir.  Those teachers on there,

5       yes, sir.

6    Q. And who was allowed to take classes

7       after the deadline?

8    A. Mr. Lamar, Miss Heather.

9    Q. Who else?

10   A. Miss Mary.

11   Q. Miss Mary?

12   A. Yes.

13   Q. All right.  Who else?

14   A. Those are all.

15   Q. So those three people were allowed to

16      take -- in your belief, were allowed to

17      take certificate training hours after

18      the cutoff in February?

19   A. Yes, sir.

20   Q. And how do you know that?

21   A. Because they were still taking their

22      classes.

23   Q. Who was?

Exhibit A

## FREEDOM COURT REPORTING

Page 175

1   A.  Mr. Lamar, Miss Mary, Miss Heather.

2   Q.  Where were they taking their classes?

3   A.  Through Family Guidance, through --

4       Family Guidance.

5   Q.  And how do you know they were taking

6       classes through Family Guidance?

7   A.  That's where the twelve-hour

8       certificate guidelines will start,

9       right there, Family Guidance, and you

10      have to go through them.

11  Q.  How do you know they were doing it?

12      How do you know they were going to be

13      taking these classes?

14  A.  Mr. Lamar would leave early and take

15      his.

16  Q.  I mean, how do you know?

17  A.  He would tell me he was going out to

18      take his class.

19  Q.  Okay.  How about Miss Heather, how did

20      you know she was taking her classes?

21  A.  She would tell me.

22  Q.  And how about Miss Mary?

23  A.  She would tell me.

Exhibit A

## FREEDOM COURT REPORTING

Page 176

1    Q. Do you know what year their credits

2       were applying towards?

3    A. What you mean what year?

4    Q. They're taking classes, but that could

5       have been for the next year; right?

6    A. No, sir.  It was during that year.

7    Q. It's in March, but since it's past the

8       deadline, they could have applied those

9       credits forward, right, to the next

10      year?

11              (No immediate response given.)

12   Q. Correct?

13   A. No, sir.  It was for that year.

14   Q. How do you know that?

15   A. Because you have to have your twelve

16      hours every year.

17   Q. How do you know they didn't have them?

18   A. Because they start and they will

19      tell -- you know, she said she was

20      going out.  Miss Heather said she had

21      to complete her twelve hours.  So she

22      didn't have her twelve hours.  She was

23      still working on the twelve hours.

Exhibit A

## FREEDOM COURT REPORTING

1  Q. So you're saying Miss Heather told you

2     that she was deficient?

3  A. Yeah, she was still working on her

4     twelve hours.

5  Q. And that after the cutoff she went to

6     classes to get her --

7  A. Twelve hours.

8  Q. -- twelve hours for these --

9  A. Finish her twelve hours also.

10 Q. For the '05 year -- '04 year?

11 A. And Mr. Lamar had to get his, because

12    he had just started working.  So he had

13    to get his twelve hours all at one time

14    to catch up.

15 Q. Okay.  And you were not allowed to do

16    the -- you were not allowed to do that?

17 A. No, sir.

18 Q. Do you know why?  Any idea?

19 A. There again, my race and gender.

20 Q. Your race and your gender?

21 A. Yes, sir.

22 Q. Well, it appears that -- I mean, from

23    what you're telling me -- Mr. Lamar is

Exhibit A

## FREEDOM COURT REPORTING

Page 178

1    a male; right?

2  A. Yes, sir.

3  Q. Miss Heather is a female?

4  A. Right.

5  Q. And Miss Mary is a female?

6  A. Right.

7  Q. So you've got males and females who are

8    being given this alleged privilege;

9    right?

10  A. Yes.  Caucasian females.

11  Q. Well, I'm just talking about gender

12    now.

13  A. And gender.

14  Q. You've got males and females who are

15    given this privilege?

16  A. Uh-huh.

17  Q. You're saying you weren't given that

18    privilege because you're a female.

19    That's the gender claim; right?

20  A. That's the gender claim.

21  Q. But males and females were given the

22    privilege?

23  A. But that's the race claim.

Exhibit A

## FREEDOM COURT REPORTING

Page 179

1    Q.  So that's --

2              MR. HURST:  But you're a

3        female.  Just stop for just a female.

4        If you're a female, you can't bring a

5        gender claim because other females was

6        given --

7              THE WITNESS:  But I -- okay.

8              MR. HURST:  So only bringing a

9        race claim on that.

10   Q.  So that's a race claim.  Now,

11       Mr. Lamar, is he a black man?

12   A.  Yes, sir.

13   Q.  Miss Heather is a white female?

14   A.  Yes, sir.

15   Q.  Miss Mary is a white female?

16   A.  Yes, sir.

17   Q.  So it appears that blacks and whites

18       are given this same alleged privilege;

19       right?

20   A.  Yes, sir.

21   Q.  That's a yes?

22   A.  Yes, sir.

23   Q.  Okay.  Tell me about this claim:

Exhibit A

# FREEDOM COURT REPORTING

Page 183

1    church a lot of money and they were not

2    going to let her go no matter how many

3    times plaintiff speaks or writes the

4    administrator.  Dropping that one?

5              MR. HURST:  That's not a claim.

6    I think that's a statement.

7              MR. GARRETT:  Well, I don't

8    know what this -- I'm just trying to

9    clean it up.

10   Q.  Is that --

11   A.  No, sir.

12   Q.  That's dropped as well.  Plaintiff's

13       supervisor showed bias on the staff/

14       child ratio.  Plaintiff believes other

15       teachers received additional staffing

16       in their classroom.  How about that

17       one?

18   A.  Yes, sir, keeping that.

19   Q.  You're keeping that one.  All right.

20       Tell me about what you mean there.

21       Tell me about this one.  What are you

22       talking about?  Plaintiff's supervisor

23       showed bias on a staff/child ratio.

Exhibit A

**FREEDOM COURT REPORTING**

Page 184

1    Let's start there.

2    A.  That's when there's more than one

3        teacher in the classroom, when the

4        ratio is --

5    Q.  First of all, when are we talking

6        about?  What date are we talking about?

7            MR. HURST:  It has to be based

8        on race and gender.

9            THE WITNESS:  Yeah.

10   A.  What classroom?

11   Q.  What date?  What instance?

12   A.  This was in '05.

13   Q.  In '05.  Okay.  And what happened in

14       2005?

15   A.  There was classes, Miss Mary and

16       Miss Heather, who had over three

17       teachers, and their staff ratio was two

18       to the children -- that they had was

19       two to their staff ratio, two teachers.

20   Q.  So Miss Mary and Miss Heather -- and

21       they're white females; right?

22   A.  Right.

23   Q.  They had three teachers in the room?

Exhibit A

## FREEDOM COURT REPORTING

Page 185

1  A. Yes, sir.

2  Q. Which teachers were in Miss Mary's

3     room?

4  A. Mr. Lamar and Miss Latora, Miss Pat.

5  Q. Mr. Lamar, Miss Latora, and Pat?

6  A. Miss Keitha.

7  Q. Wait a minute. That's four.

8  A. I'm doing both classes. Are you just

9     talking Miss Mary?

10 Q. I'm starting Miss Mary. I just want to

11    know who was in Miss Mary's class.

12 A. Miss Pat and Latora.

13 Q. And Lamar was not?

14 A. He was floating in her class.

15 Q. So he wasn't a teacher, though, he was

16    just popping in if they needed help;

17    right?

18 A. Right.

19 Q. How about Heather?

20 A. She had Miss Keitha and Miss -- I want

21    to pronounce her name right -- Tora,

22    Miss Tora.

23 Q. Miss Tora?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Exhibit A

## FREEDOM COURT REPORTING

1    A.  I think that's how she pronounce it.

2    Q.  Okay.  Miss Tora, white or black?

3    A.  She's black.

4    Q.  Miss Keitha?

5    A.  She's black.

6    Q.  Miss Heather's white?

7    A.  Yes.

8    Q.  Miss Mary's white?

9    A.  Yes.

10   Q.  How about Latora?

11   A.  Black.

12   Q.  How about Pat, Miss Pat?

13   A.  Black.

14   Q.  And what age group are they teaching?

15   A.  Miss Mary had the crawlers.

16   Q.  Crawlers?

17   A.  Crawlers.

18   Q.  What is that?

19   A.  Nine months to eighteen months.

20   Q.  How about Heather?

21   A.  She had the young twos.

22   Q.  Young twos.  All right.  And at that

23       time in 2005 you were pre-K; right?

Exhibit A

## FREEDOM COURT REPORTING

1   A. Right.

2   Q. And you believe that you should have

3      had another teacher in your classroom?

4   A. Yes, sir.

5   Q. What do you base that on?

6   A. Sir?

7   Q. What do you base that on?  Why did you

8      need another teacher in your classroom?

9   A. To assist and help.

10  Q. To assist you?

11  A. Yes.

12  Q. Were there -- do you have any idea why

13     there were more teachers in Miss Mary

14     and Miss Heather's class?

15  A. Why?

16  Q. Yeah.  Do you know why, what

17     necessitated more teachers in those

18     classes?

19  A. No, sir.

20  Q. So you don't have any idea why

21     there's -- why there would be three

22     teachers in those classes and only one

23     in yours?

Exhibit A

## FREEDOM COURT REPORTING

Page 188

1   A. That's the way she made the schedule

2      out.

3   Q. Do you know if there was any guidelines

4      that dictated why there would be more

5      teachers in certain classes than

6      others?

7   A. No, sir.

8   Q. Okay.  Do you feel like the classes

9      were loaded -- do you feel like

10     Mary's -- Miss Mary and Miss Heather's

11     classes had more teachers in

12     retaliation to you?

13  A. What do you mean?

14  Q. I mean, do you feel like there's

15     only -- that you were the only teacher

16     in the pre-K class because you're

17     female?

18  A. No, sir.

19  Q. Do you feel like there was only -- that

20     you were the only teacher in your pre-K

21     class because you are a black lady?

22  A. Yes.

23  Q. It's because you're black?

Exhibit A

## FREEDOM COURT REPORTING

Page 189

1   A. Yes, sir.

2   Q. Has anybody ever told you that, ever

3      indicated to you that you were the only

4      teacher in that classroom because of

5      your color?

6   A. No, sir.

7   Q. Did you ever ask anybody why you were

8      the only teacher in that classroom?

9   A. Did I ever ask?

10  Q. Yeah.  Did you ever ask anybody why you

11     were the only teacher in the pre-K

12     room?

13  A. Yes, sir.

14  Q. Who did you ask?

15  A. Ms. Darlene Maye.

16  Q. What did she tell you?

17  A. She didn't tell me anything.

18  Q. So you asked her and she just sat

19     there?

20  A. Yes, sir.

21  Q. She didn't give you any verbal

22     response?

23  A. No, she did not.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Exhibit A

### FREEDOM COURT REPORTING

Page 190

1   Q.  Did she just stare at you until you

2       left?

3   A.  It was during staff meeting I asked

4       her.

5   Q.  You asked her in a staff meeting?

6   A.  Yes.

7   Q.  When was that staff meeting?

8   A.  I can't remember.

9   Q.  Sorry?

10  A.  I can't remember.

11  Q.  Who was present at the staff meeting?

12  A.  I don't remember all those present.

13  Q.  Would have been all the --

14  A.  The employees.

15  Q.  -- teachers?  All the teachers were

16      there?

17  A.  Yes.

18  Q.  Ms. Maye was there?

19  A.  Yes.

20  Q.  How about co-teachers, were they there?

21  A.  I don't recall all of them being there.

22      I don't know who all was.

23  Q.  And during this meeting, what did you

Exhibit A

## FREEDOM COURT REPORTING

Page 191

1    say exactly?

2  A.  I asked her for -- that I needed help

3     in the classroom.

4  Q.  You asked her -- you told her --

5  A.  I asked her.

6  Q.  -- you needed help in the classroom?

7  A.  Yes.

8  Q.  And what did she say?

9  A.  She told me she didn't have the staff

10     to come help me and that I was at ratio

11     and staff -- ratio and teacher.

12  Q.  Do you think that's true?

13  A.  Yes, sir.

14  Q.  You do think that's true?

15  A.  (Witness nods head.)

16  Q.  Well, if that's true, how is she

17     discriminating against you?

18  A.  Because they was at ratio and teacher

19     also.  It was two -- it was only

20     supposed to been two teachers to their

21     ratio for the children that are in

22     their class.

23  Q.  So you're saying that -- it's your

Exhibit A

## FREEDOM COURT REPORTING

Page 192

1     belief that due to the capacity -- due

2     to Miss Mary and Miss Heather's class,

3     their ratio capacity only dictated that

4     they needed two people in the room?

5  A. Yes.

6  Q. And then -- and you believe that you

7     needed help; correct?

8  A. Yes, sir.

9  Q. And that because you're black, Ms. Maye

10    refused to give you that extra -- give

11    you any help?

12 A. Yes, sir.

13 Q. Okay.  What is the ratio in pre-K for

14    teachers to students?

15 A. One to eighteen.

16 Q. How many students did you have?

17 A. Fifteen.

18 Q. So you were fine under ratio; right?

19 A. Yes, sir.

20 Q. Next claim here, The plaintiff's

21    supervisor shows statistics favoritism

22    with several of the employees.

23    Plaintiff believes there was

Exhibit A

## FREEDOM COURT REPORTING

Page 193

1    employee -- there was employees for

2    the -- I'm sorry.

3              (Off the record.)

4  Q. Apparently there's a claim in here that

5     Ms. Maye showed what you're calling a

6     statistics favoritism with employees

7     with regard to scheduling.  What's that

8     claim about?

9  A. What?  What do you need me to tell you

10    about it?

11 Q. I need to know what your claim is.

12 A. Well, the schedule, when she schedules

13    the time for Mr. Lamar, she worked

14    around his schedule to work and go to

15    school.  But when --

16 Q. Okay.

17 A. -- my schedule needed to change for me

18    to take care of my children or my

19    family needs, then it wasn't worked

20    around.

21 Q. When are you talking about?

22 A. This was in '05.

23 Q. In 2005?

Exhibit A

# FREEDOM COURT REPORTING

Page 194

1    A. Yes.

2    Q. Is this the same three instances we

3       talked about earlier, the two in

4       February of '04 and then the unknown

5       June complaint?  Is this the same thing

6       you're talking about, your son's

7       accident and then the other one in

8       February of '04 and then --

9    A. Yes, sir.

10   Q. Same -- that's what you're talking

11      about, same thing?

12   A. Yes.

13   Q. All right.  Plaintiff was passed over

14      for promotion of assistant director.

15      The plaintiff believes supervisor

16      interviewed two employees who did not

17      apply for the position and hired a

18      person with less qualifications she

19      requested plaintiff to have.  Tell me

20      about that.

21            THE WITNESS:  I have to drop

22      that.

23            MR. HURST:  Oh, no.  We have to

Exhibit A

## FREEDOM COURT REPORTING

Page 201

1   Q. It was?

2   A. I would know it wasn't put in there.

3   Q. It was not put in there?

4   A. It was not put in there.

5   Q. Let's see.  Your next complaint -- your

6       next count in your Amended Complaint,

7       Sometime around February 2005,

8       plaintiff was refused time off while

9       others were frequently given time off.

10      Have we already --

11  A. Yes, we already . . .

12  Q. We already discussed that?

13  A. Yes.

14  Q. The times we discussed weren't in '05,

15      though.  They were back -- that was

16      back in 2004 and then an unknown June

17      year, a June in an unknown year.  Is

18      that --

19  A. Yes.

20  Q. That's what we were talking about?

21  A. Yes.

22  Q. So there's no claim regarding refused

23      time off in February '05; right?

Exhibit A

## FREEDOM COURT REPORTING

Page 202

1  A. Right.

2  Q. Okay.  This says, Ms. Perryman was

3     aware of several males who were

4     frequently given time off and special

5     favors.  Males were also given lighter

6     workloads and were not required to

7     perform the same tasks as Ms. Perryman.

8     What males are you referring to?

9  A. Mr. Lamar.

10 Q. So just the one male?

11 A. Yes.

12 Q. There's not more than one male?

13 A. No, sir.

14 Q. And we've talked about your belief

15    about him getting time off.  What about

16    this -- what special favors are you

17    referring to?

18 A. The time off.

19 Q. Okay.  So that's -- you're just talking

20    about he got some time off and you

21    didn't?

22 A. (Witness nods head.)

23 Q. Besides that there's no special favors?

Exhibit A

## FREEDOM COURT REPORTING

Page 203

1  A. Oh, the special favors.  He walked and

2     did as he wanted to do.

3  Q. Do what?

4  A. He would do what he wanted to do

5     through the center.

6  Q. He would do -- what are you talking

7     about?

8  A. When he got through with his job, he

9     would go in and just sit in her office

10    and have a conversation and that was

11    it.  After he finished doing what she

12    told him to do, he would go in and sit

13    and talk.

14 Q. What's wrong with that?

15 A. That's when he's supposed to came in

16    and helped me at twelve with the

17    children.  But he never did come in

18    there.

19 Q. When are you talking about?  I mean,

20    what are you -- you're saying that you

21    feel like Mr. Lamar should have floated

22    to your room?

23 A. That's the time he's supposed to have

Exhibit A

## FREEDOM COURT REPORTING

Page 204

1    floated to my room.

2  Q. To your room?

3  A. Yes.  That's what she told me, Ms. D.

4  Q. So Ms. D told you that Mr. -- it's your

5    testimony that Ms. D told you that

6    Mr. Lamar had an assigned time period

7    to be in your room?

8  A. Yes, sir.

9  Q. And that Mr. Lamar never did?

10 A. No, sir.

11 Q. And you feel like he was allowed not to

12   do that because of your race and

13   gender?

14 A. Yes, sir, because of my gender.

15 Q. Because of your gender?

16 A. Gender.

17 Q. So because you're a female, Mr. Lamar

18   was excused from assisting with your

19   room?

20 A. Yes, sir.

21 Q. Now, did he assist with other females

22   in their rooms when he was floating?

23 A. When he was floating.

Exhibit A

## FREEDOM COURT REPORTING

Page 205

1  Q. So he's the only male.  Everybody else

2     is female?

3  A. Yes, sir.

4  Q. So he would go see other females, float

5     around and see them and help them, but

6     it's your claim he wouldn't come and

7     see you because you're female?

8  A. No.  He would go in and do what he had

9     to do, yes, sir.

10 Q. That's not what I asked you.  My

11    question is -- I think you just stated

12    to me you thought that Mr. Lamar didn't

13    come assist you because you're female.

14 A. Yes, sir.

15 Q. My question to you is, did he not

16    assist other females as a floater?

17 A. What you mean, help?

18 Q. Yeah.

19 A. Assist them, help them?

20 Q. Yeah, help them.

21 A. Yes, sir.

22 Q. So he did help other females --

23 A. Yes, sir.

Exhibit A

## FREEDOM COURT REPORTING

Page 206

1  Q. -- in the ECDC program; correct?

2  A. Correct.

3  Q. When he was floating; right?

4  A. Yes.

5  Q. Because everybody's female; right?

6  A. Yes.

7  Q. Except for him?

8  A. Right.

9  Q. Because he's the only male?

10  A. Yes.

11  Q. It says here, Mr. Lamar was given a

12     lighter workload.  What do mean by

13     that?  I mean, he's part-time; right?

14  A. Yes, sir.

15  Q. At the time February of '05 --

16  A. Right.

17  Q. -- he was part-time?

18  A. Yes, sir.

19  Q. So what are you talking about, he got a

20     lighter workload?

21  A. He wasn't required to do lesson plans

22     or he would come in and just assist

23     Ms. D taking out the trash and helping

Exhibit A

## FREEDOM COURT REPORTING

Page 207

1    with lunch.

2  Q. I mean, was it his responsibility to do

3    lesson plans?

4  A. Yes, sir.

5  Q. Was he a teacher?

6  A. Yes, sir.

7  Q. I thought he was a floater.

8  A. He was a teacher.

9  Q. He was a floater, then a teacher?

10 A. Yes, sir.

11 Q. So you're saying when he was a teacher,

12   he would not be required to do lesson

13   plans?

14 A. No, sir.

15 Q. What would he do all day?

16 A. Help Ms. Darlene Maye.

17 Q. You mean when he's her assistant or

18   when he's a teacher?

19 A. When he's a teacher.

20 Q. So -- okay.  Let me ask.  When did he

21   become a teacher?

22 A. In '05.

23 Q. He became a teacher in '05?

Exhibit A

## FREEDOM COURT REPORTING

1    A. (Witness nods head.)

2    Q. What part in '05?

3    A. Like the middle of the year.

4    Q. The middle of '05.

5    A. '04.

6    Q. Do what?

7    A. The middle of the year.

8    Q. Middle of '05?

9    A. Yes, sir.

10   Q. Correct?  He became a teacher?

11   A. Yes, sir.

12   Q. What age?

13   A. Pre-K.

14   Q. Pre-K?

15   A. Yes.

16   Q. Same as you?

17   A. Right.

18   Q. Was he the only teacher in his room?

19   A. No, sir.  He was with me.

20   Q. So y'all were working together?

21   A. When he came in there.  See, he was

22      supposed to come in there, but he never

23      did until I left and went home, or he

Exhibit A

## FREEDOM COURT REPORTING

Page 209

1    came at naptime when the children was

2    down at nap, to relieve me for my

3    break.

4  Q. Okay.  He was part-time; right?

5  A. Right.

6  Q. So what's the problem?  What's the

7    discrimination?  What's the problem?

8  A. He was to come in there at twelve to

9    help me in the classroom.  At

10   twelve o'clock, he was to come in and

11   assist me in the classroom.

12 Q. Okay.

13 A. But he also was supposed to make lesson

14   plans, because at the end of the day

15   when I'm gone, he's supposed to

16   implement his lesson plan.

17 Q. Okay.  What does that have to do

18   with --

19 A. He never did.

20 Q. -- these folks discriminating against

21   you?  How did they discriminate against

22   you by him not doing a lesson plan?

23         MR. HURST:  Well, I think she's

Exhibit A

## FREEDOM COURT REPORTING

1    already answered the question.  She's

2    saying if he didn't ask -- if he didn't

3    do the lesson plan, they discriminated.

4    It's badgering now.  She's already said

5    it.

6          MR. GARRETT:  But she hasn't

7    sued him.  He's not a defendant.

8          MR. HURST:  Well, they're

9    obviously in control of him.

10   Q. You're saying that as a part-time

11      teacher, he was supposed to come in and

12      help you in 2005 as a co-teacher.  He

13      was supposed to come in at noon and

14      relieve you from -- when you were

15      watching the kids nap.

16   A. Right.

17   Q. And then after you left at 3:30, he was

18      supposed to do lesson plan; right?

19   A. He's supposed to implement the lesson

20      plan.

21   Q. He was supposed to implement the lesson

22      plan --

23   A. Right.

Exhibit A

## FREEDOM COURT REPORTING

1    Q. -- after 3:30?

2    A. Yes.

3    Q. Were those his only duties?

4    A. Not when he first got there.  He was

5        helping Ms. Darlene Maye.

6    Q. I'm talking about in your classroom in

7        the middle of '05 when he was a

8        co-teacher with you.

9    A. Those were his duties.

10   Q. And you're saying he didn't do those

11       duties?

12   A. He didn't do those duties.

13   Q. And the part -- and when you're saying

14       he didn't do those duties, the part he

15       failed in was the lesson plan,

16       implementing the lesson plan?

17   A. And helping with the children.

18   Q. After you left at 3:30?

19   A. During -- twelve, going into nap room

20       and help laying the cots and getting

21       the children prepared for naptime.

22   Q. So you're saying he didn't help you

23       enough?

Exhibit A