IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN,              )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>FIRST UNITED METHODIST        )<br>CHURCH and DARLENE MAYE,      )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:06cv216-MHT |

## ORDER

It is ORDERED that the motion for summary judgment (doc. no. 33) is set for submission, without oral argument, on November 20, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 2nd day of November, 2006.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE