IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

꜒꜒ NOV 20  P 5: 1 ꝑ

| | |
|---|---|
| MONICA PERRYMAN,<br>        Plaintiff, | *<br>* |
| | * |
| v. | *     Civil Action No. 2:06cv216-MHT |
| | * |
| FIRST UNITED METHODIST<br>CHURCH AND DARLENE MAYE,<br>        Defendant. | *<br>*<br>* |
| | * |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY
## TO SUMMARY JUDGMENT MOTION

COMES NOW, Monica Perryman, by and through her undersigned attorney and according

to the F.R.Civ.P., and prays that this honorable court grants her an extension of time to reply to the

Defendants' Motion for Summary Judgment and as grounds states as follows: The plaintiff is in need

of more time to adequately reply to the Defendants' motion in that it involves the religious exception

under Title VII. Further the plaintiff's counsel has spoken with the Defendants' counsel in this matter

and the same has no opposition to the granting of time to file such reply.

WHEREFORE, premises considered the plaintiff prays for more time to reply to said motion

and an order directing such time be granted.

Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion   was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Brett Garrett
184 Commerce Street
Montgomery, Al 36101

This 20th  day of November, 2006

Norman Hurst Jr.