IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 2:06cv216-MHT |
| | * |
| FIRST UNITED METHODIST | * |
| CHURCH AND DARLENE MAYE, | * |
| Defendant. | * |

## PLAINTIFF'S SETTLEMENT REPORT IN ACCORDANCE WITH UNIFORM SCHEDULING ORDER

COMES NOW, Monica Perryman, by and through her undersigned attorney and pursuant to the order of this Honorable Court regarding the possibility of settlement states that the parties have meet regarding the possibility of settlement in this matter and after discussion of the said matter reserves such option after this court's decision on Defendants' Motion for Summary Judgment.

_____
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Brett Garrett
184 Commerce Street
Montgomery, Al 36101

This 20th day of November, 2006

_____
Norman Hurst Jr.