IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv216-MHT |
| | ) | |
| FIRST UNITED METHODIST | ) | |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 38) is denied for the following reason.

This court has made clear that, "[a]bsent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 25), § 9(B). The movant has failed to offer any explanation as to why her extension request was filed 'after' the November 20 deadline, rather than days, or even weeks, in advance.

DONE, this the 22nd day of November, 2006.

                      /s/ Myron H. Thompson  
              UNITED STATES DISTRICT JUDGE