10/03

TO:   M .. Monica
      Head Three Year Old Teacher

FR:   Mrs. D, ECDC
      Director

SUB:  ANNUAL EVALUATION

You are prompt, professional and pleasant to you co-workers, parents and especially your children within your care. Your creativeness I regard in the very highest degree and I am sure the parents and more importantly the children certainly appreciate all that you do for them.

You take directives very well and follow policy and procedures to the best of your ability. I would however like you to include me in specifics concerns that may go on in your class so, if I am approach about it I can answer or respond appropriately. For example, I found out for the first time during your very outstanding Open House Presentation that bathroom words were being said. This is an example of things that I want to be made aware of.

I do appreciate you taking active playthings outdoors to the playground so the children can participating and engage in different play experiences. Your room is always interesting and has something new to look at. The way you allow the children to do hand on projects is a very good learning tool for them and the fact that you have no qualms about them experimenting with different table toys, or other projects is refreshing.

I want to encourage you to keep up the good work for the duration of time that we have you left, and thank you for all that you do for ECDC.

COMMENTS  Will return after baby born

Signature  Monica Perryman   Date 10/24/03


PLAINTIFF'S EXHIBIT A

Refused doctors excuse on 2/15/05 after I returned back to Supervisor



State Of Alabama
Department Of Public Health
Donald E. Williamson, M.D. State Health Officer

Montgomery County Health Department

This is to certify that **Monica Pittsman** was at the Montgomery County Health Department on 2/11/05 and departed 2:30pm

Shemika Edwards
Public Health Representative

PLAINTIFF'S EXHIBIT B

# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
## UNEMPLOYMENT COMPENSATION AGENCY

**Office Hours: Monday through Friday 8:00am-4:30pm**

**MONICA L. PERRYMAN**
**4265 BURTON WAY DR**
**MONTGOMERY, AL 36116**

SSAN: XXX-XX-**5289**
CLAIM DATE: **03/13/05**
MAIL DATE: 03/13/05
CALL CENTER: 6001

**TO THE CLAIMANT:** This notice is a request for you to provide additional information concerning your claim for unemployment compensation benefits. Read the checked section(s) and the important instructions below.

☒ Section A: This agency has received information from FIRST UNITED METHODIST CHURCH concerning your most recent separation from work due to TERMINATED AS THE RESULT OF SEVERAL WARNINGS FROM DARLENE MAYE REGARDING NON-COMPLIANCE WITH THE POLICIES AND RULES OF THE ECDC. SUSPENDED 02/14/05 & 02/15/05. WRITTEN WARNINGS 02/28/05 & 02/14/05.

☐ Section B: Your former employer, _____, has indicated you have or will receive ☐ Wages, or ☐ Vacation or Holiday pay in the amount of $ _____ for the period covering _____ to _____.

☐ Section C: Additional information is needed regarding _____

**IMPORTANT INSTRUCTIONS:** You have the right to provide information you wish to have considered with regard to the above subject before a determination is made as to whether or not you are qualified for benefits. You may provide information by telephoning this number: **334-956-7345**. You must call this office during our office hours as soon as possible, but no later than 4 business days from the mail date above. If you do not respond by telephone by _____, a determination will be made based upon available information. This determination could result in a disqualification, holding you ineligible for benefits and require repayment of any benefits that have been issued to you for the period covered by the disqualification. **(NOTE: If the representative is not available when you call, please leave a voice mail message including a number where you can be reached, and your call will be returned before a determination is made).**

**Carolyn E. Thompson**
Agency Representative


PLAINTIFF'S EXHIBIT C

take out one in ~~red~~

# EMPLOYEE TIME SHEET - Early Childhood Development Center

Name: Monica Perryman

From: Feb 3, 05    To: Feb 16, 05

| Day / Date | Time In | Time Out | Time In | Time Out | Comments | Ok by "D" | Hours Worked | PL Used | Total Hrs Pd |
|---|---|---|---|---|---|---|---|---|---|
| Thurs 2/3 | | | | | Pink eye | | | | |
| Fri 2/4 | | | | | | | | | |
| Mon 2/7 | 7:00 | 12:40 | 1:10 | 3:30 | | | 8 | | |
| Tues 2/8 | 7:00 | 12:50 | 1:20 | 3:30 | | | 8 | | |
| Wed 2/9 | 7:00 | 1:00 | 1:30 | 3:30 | | | 8 | | |

Total Week 1: 24

Monica Perryman

| Day / Date | Time In | Time Out | Time In | Time Out | Comments | Ok by "D" | Hours Worked | PL Used | Total Hrs Pd |
|---|---|---|---|---|---|---|---|---|---|
| Thurs 2/10 | 7:00 | 12:40 | 1:10 | 3:30 | | | 8 | | |
| Fri 2/11 | 9 | | | | Unexcused absence | D | | | |
| Mon 2/14 | | | | | Suspension | D | | | |
| Tues 2/15 | | | | | Suspension | D | | | |
| Wed 2/16 | 7:00 | 12:30 | 1:00 | 3:30 | | | 8 | | |

Total Week 2: 8

Total Biweekly Hours: 32

Balance of Personal Leave: 4

Signature _____

Reviewed _____

**PLAINTIFF'S EXHIBIT D**