IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MONICA PERRYMAN,                )
                                )
   Plaintiff,                   )
                                )      CIVIL ACTION NO.
   v.                           )       2:06cv216-MHT
                                )
FIRST UNITED METHODIST          )
CHURCH and DARLENE MAYE,        )
                                )
   Defendants.                  )

### ORDER

Upon consideration of the defendants' motion to strike (doc. no. 42), it is ORDERED that plaintiff show cause, if any there be, in writing by January 24, 2007, as to why said motion should not be granted.

DONE, this the 16th day of January, 2007.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE