# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 29, 2007          AT     10:50      A.M./P.M.

DATE COMPLETED   JANUARY 29, 2007          AT     11:00      A.M./P.M.

```
MONICA PERRYMAN                     )
                                    )
            Plaintiff               )
                                    )
    v                               )    CIVIL ACTION NO.
                                    )    2:06cv216-MHT
FIRST UNITED METHODIST CHURCH,      )
et al.                              )
                                    )
            Defendants              )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Norman Hurst, Jr. (**ABSENT**) | X | Attys Robert Huffaker, Richard |
| | X | Garrett |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Danielle Goldstein, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   PRETRIAL CONFERENCE
                       (Scheduled but not held)


10:50 a.m.     Conference convened.
               Attorney Norman Hurst, Jr., failed to appear for pretrial
               conference.  Defendants' oral representation that plaintiff
               has routinely failed to meet deadlines in this case.
               Defendants' **ORAL MOTION** to dismiss the case.  Show Cause
               Order to issue directing plaintiff to respond to defendants'

```
MINUTES
January 29, 2007, proceeding before Judge Myron H. Thompson


                motion to dismiss (defendants directed to file a written
                motion to dismiss, by the end of the day); Order to issue
                directing Atty. Hurst to show cause why he should not be
                sanctioned in this matter.
11:00  a.m.     Conference concluded.
```