IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv216-MHT |
| FIRST UNITED METHODIST | ) | |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of defendants' motion to dismiss for failure to prosecute, failure to comply with court orders, and failure to attend the pretrial conference (Doc. No. 48), it is ORDERED that the plaintiff show cause, if any there be, in writing by February 5, 2007, as to why said motion should not be granted.

DONE, this the 29th day of January, 2007.

_____ /s/ Myron H. Thompson _____
UNITED STATES DISTRICT JUDGE