IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MONICA PERRYMAN,              )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )    2:06cv216-MHT
                              )
FIRST UNITED METHODIST        )
CHURCH and DARLENE MAYE,      )
                              )
    Defendants.               )

SHOW-CAUSE ORDER

Counsel for defendants having orally reported to the court that Honorable Norman Hurst, Jr. (attorney for plaintiff) failed to participate in the drafting of a proposed pretrial order, and Mr. Hurst having failed to appear for the pretrial conference scheduled for January 29, 2007, it is ORDERED that Honorable Norman Hurst, Jr. **personally appear** on February 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery,

**Alabama 36104, and <u>show cause</u> why he should not be held in contempt of court and sanctioned, pursuant to Rule 16 of the Federal Rules of Civil Procedure, for the above alleged failures.**

**The United States Marshal or his representative is DIRECTED to personally serve a copy of this order on Mr. Hurst.**

**DONE, this the 30th day of January, 2007.**

                               /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**