# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  February 7, 2007            AT  10:05  A.M./P.M.

DATE COMPLETED  February 7, 2007            AT  10:38  A.M./P.M.

MONICA PERRYMAN                             Civil Action
    plaintiff                               2:06-cv-216-MHT
      VS.

FIRST UNITED METHODIST CHURCH et al
    defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Norman Hurst | X | Atty Robert A. Huffaker |
|  | X | Atty Richard B. Garrett |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NON-JURY TRIAL
(x)  OTHER PROCEEDING:     SHOW CAUSE HEARING

10:05  a.m.            Show cause hearing commenced re as to why
                       Atty Hurst should not be held in contempt of
                       court and sanctioned, pursuant to Rule 16.
                       Court wants an explanation from Atty Hurst as
                       to why he failed to submit a proposed
                       pretrial order and failure to appear for the
                       scheduled pretrial conference. Defendant's
                       presentation of the status of case pertaining
                       to the pretrial order. Atty Hurst's
                       explanation as to why he should not be held
                       in contempt. Defendant's evidence commenced.
                       Court directs plaintiff to respond to
                       defendant's motion to dismiss by the end of
                       the day (2/7/07). Matter taken under
                       advisement.
10:38  a.m.            Hearing concluded.