IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MONICA PERRYMAN

v                                                    2:06cv216-MHT

FIRST UNITED METHODIST CHURCH et al

---

  PLAINTIFF                                          DEFENDANT

WITNESS LIST

                                            1. CHRISTY LEE