IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv216-MHT |
| FIRST UNITED METHODIST | ) | |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

In view of the fact that the court has no pretrial order because counsel for the plaintiff has still not submitted plaintiff's contentions, it is ORDERED that the jury selection and trial of this cause are continued generally.

DONE, this the 7th day of February, 2007.

                                       /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE