IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv216-MHT |
| FIRST UNITED METHODIST | ) | (WO) |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that defendants First United Methodist Church and Darlene Maye's motion to strike (doc. no. 42) is denied.

DONE, this the 5th day of March, 2007.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE