IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MONICA PERRYMAN,              )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )     2:06cv216-MHT
FIRST UNITED METHODIST        )        (WO)
CHURCH and DARLENE MAYE,      )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants First United Methodist Church and Darlene Maye's motion for summary judgment (doc. no. 33) is granted.

(2) Judgment is entered in favor of defendants First United Methodist Church and Maye, and against plaintiff Monica Perryman, with plaintiff Perryman taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Perryman, for which execution may issue.

**The clerk of the court is directed to enter this document on the docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 5th day of March, 2007.**

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**