IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN,           )<br>                            )<br>    Plaintiff,            )<br>                            )           CIVIL ACTION NO.<br>    v.                      )            2:06cv216-MHT<br>                            )<br>FIRST UNITED METHODIST      )<br>CHURCH and DARLENE MAYE,    )<br>                            )<br>    Defendants.             )| |

ORDER

Pursuant to General Order No. 2:04mc3164 (In re: Procedures and Practices for Case Management/Electronic case files (CM/ECF)) (February 6, 2004) (published at <http://www.almd.uscourts.gov/rulesproc/docs/(5)CMECF Procedures and Practices(3164).pdf>),

> "All counsel, absent good cause shown, shall register for CM/ECF Electronic Noticing (E-Noticing)."

To the extent that counsel for plaintiff, Norman Hurst, Jr., may have been excused from this requirement, he is no longer excused from it. Not only does he contend that he did not receive court orders by regular mail, see Perryman v. First United Methodist Church, ___ F.Supp.2d

___, ___ & n.4 2007 WL 738501 **3-4 & n.4 (M.D. Ala. 2007), he has been generally negligent in his attention to this case. <u>Id</u>. at ___, 2007 WL 738501 **3-4. The court believes that E-Noticing will not only better assure that Hurst receives court orders, it will provide better documentation of what orders Hurst does and does not receive.

Also, if Hurst continues to complain that he is not receiving orders, the court will consider requiring that he sign up for the CM/ECF Pacer account, where Hurst can, himself, daily check the docket sheet in this case (and the dockets in all other cases he has pending in this court) to see what has been filed each day, and thus <u>he could not complain again that he did not have notice of court orders and other filings</u>.

Accordingly, it is ORDERED that, on or before 3:00 p.m. on March 23, 2007, Norman Hurst, Jr., shall file a written notice in this case stating that he has now complied with the E-Noticing requirements of this court and is now fully able to receive all court orders by E-

Noticing.  Hurst is **INFORMED** that the procedures and form for registering for E-Noticing may be obtained from the clerk of the court, Debbie Hackett.

The clerk of the court is **DIRECTED** (1) to mail this order to Hurst by certified mail, return receipt requested and (2) notify him of this order by telephone.

**DONE**, this the 16th day of March, 2007.

                                            /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**