IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MONICA PERRYMAN,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 2:06-cv-216-MHT |
| | * | |
| **FIRST UNITED METHODIST** | * | |
| **CHURCH and DARLENE MAYE,** | * | |
| | * | |
| **Defendants** | * | |

### RESPONSE AND SUBMISSION OF DEFENDANTS PURSUANT TO OPINION AND SANCTIONS ORDER (DOC. NO. 59)

**COME NOW** the Defendants, First United Methodist Church and Darlene Maye, and pursuant to the directives contained in the Opinion and Sanctions Order [Doc. No. 59] issued on March 12, 2007, state as follows:

1. In the Court's Opinion and Sanctions Order, Defendants were directed to set forth the fees and expenses incurred by them in attempting to secure Plaintiff's counsel's cooperation in the preparation of a Pretrial Order, expenses at attendance at the pretrial hearing and expenses incurred relating to the sanctions issue.

2. Attached hereto as Exhibits 1 and 2 are the Affidavits of Defendants' attorneys, Robert A. Huffaker and R. Brett Garrett. These Affidavits describe the services performed by Defendants' counsel in connection with the issues as directed by the Court. The total fees and expenses of the Defendants,

within the hourly fee range of their counsel, are as follows:

|  | **Hours** |  |  |
|---|---|---|---|
| Robert A. Huffaker | 6.0 | $1,500.00 @ $250 hr. | $1,800.00 @ $300 hr. |
| R. Brett Garrett | 10.9 | $1,362.50 @ $125 hr. | $1,635.00 @ $150 hr. |
| Expenses for copying: |  | $  20.00 | $  20.00 |
| **Total:** |  | **$2,882.50** | **$3,455.00** |

/s/ Robert A. Huffaker
Robert A. Huffaker (ASB-7668-U79R)
R. Brett Garrett (ASB-3581-C64G)
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street (36104)
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3100
Fax: (334) 481-0814
E-Mail: rah@rsjg.com

Attorneys for Defendants, First United
Methodist Church and Darlene Maye

## CERTIFICATE OF SERVICE

I do hereby certify that on the 19th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I have served a copy of the foregoing by placing same in the United States Mail, postage prepaid and properly addressed to:

Norman Hurst, Jr., Esq.
462 Sayre St Apt A
Montgomery, AL  36104-4138


/s/ Robert A. Huffaker
Of Counsel