IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MONICA PERRYMAN,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 2:06-cv-216-MHT |
| | * | |
| **FIRST UNITED METHODIST** | * | |
| **CHURCH and DARLENE MAYE,** | * | |
| | * | |
| **Defendants** | * | |

### AFFIDAVIT OF ROBERT A. HUFFAKER

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned Notary Public in and for said state and county, personally appeared Robert A. Huffaker, who is known to me and who being by me first duly sworn, deposes and states as follows:

1. I am Robert A. Huffaker, one of the attorneys for the Defendants, First United Methodist Church and Darlene Maye, in this action. I give this affidavit as directed in the Opinion and Sanctions Order issued by the Court on March 12, 2007, in order to set forth the fees and expenses incurred by me and by our firm in attempting to secure Plaintiff's counsel's cooperation in the preparation of a pretrial

order, our expenses in attendance at the pretrial and the expenses incurred relating to the sanctions issue.

    2.    Brett Garrett, of our firm, was the attorney primarily responsible for communications with Mr. Hurst with respect to preparation of the Pretrial Order. I briefly reviewed the Pretrial Order which was sent to Mr. Hurst on January 24, 2007. I attended the pretrial conference on January 29, 2007. When Mr. Hurst did not appear for the conference I made an oral motion to dismiss the case. Judge Thompson directed that I file a written Motion to Dismiss. I researched the dismissal issues and prepared and filed a Motion to Dismiss on the afternoon of January 29.

    3.    On January 30, 2007, the Court issued a Show-Cause Order setting a hearing on this matter on February 7, 2007. In advance of the hearing, I met with Mr. Garrett and with his legal assistant, Kristi Lee, to discuss the circumstances surrounding the preparation of the Pretrial Order and the attempted contacts with Mr. Hurst and to otherwise prepare for the hearing. I attended the Show Cause Hearing on February 7, 2007, along with Mr. Garrett and Ms. Lee. After the hearing, I continued to monitor filings in this case for the next several weeks to determine if Mr. Hurst had submitted a Pretrial Order to the Court.

    5.    On March 12, 2007, I received and reviewed the Opinion and Sanctions Order of the Court. In order to prepare the affidavits directed by the Court, I reviewed our files and billing records on this matter. The time which I have incurred in connection with the preparation of the Pretrial Order, attendance at the pretrial hearing and the sanctions issue is as follows:

    (a)    Preparation of Pretrial Order    0.5
    (b)    Preparation for and attendance at pretrial    2.0
    (c)    Sanctions Issue    3.5
    (d)    Expenses for copying:    $20

6. Mr. Garrett and I are each members of the First United Methodist Church and we agreed to represent First Methodist and Darlene Maye on a pro bono basis with the Church being responsible only for payment of our firm's expenses. My customary hourly rate for cases of this nature would be in the range of $250 - $300 per hour.

_____
Robert A. Huffaker

SWORN TO and SUBSCRIBED before me on this the 19th day of March, 2007.

_____
Notary Public
My Commission expires: 6-6-2009
(SEAL)