IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MONICA PERRYMAN                 *
Plaintiff,                      *
                                *
v.                              * Civil Action No.:2:06-cv-216-MET
                                *
FIRST UNITED METHODIST CHURCH   *
AND DARLENE MAYE,               *
Defendants.                     *

### HURST'S MOTION TO RECONSIDER

COMES NOW, counsel, Norman Hurst and humbly prays that this court reconsider it's order dated March 16, 2007 and in support thereof avers as following:

1. That requiring counsel to register for CM/ECF Electronic Noticing would place an undue burden on counsel and his practice and increase costs associated with his practice.

2. That counsel only represented not receiving one order, setting the pretrial for 10:30 a.m. on January 29, 2007, in the above matter. [1]

3. That counsel was exempt from CM/ECF filings to ensure that he would receive notices from the Court and avers that he has except the order setting the pretrial time. [2]

WHEREFORE, premises considered counsel humbly prays that this Court reconsider it's order dated March 16, 2007.

---

[1] Counsel notes that the Court in it's Order on March 12, 2007, p.11, L.14 states, "First, Hurst received other orders in this case." Further, it is noted that counsel only other lack of notice in this matter was in the form of a motion to dismiss which was filed by defendant's counsel and not the Court.

[2] Counsel avers that he has never participated in any hearing regarding pretrial matters and assumed it to be just a filing and not a hearing.

*signature*
Norman Hurst, Jr., (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334)269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Brett Garrett
184 Commerce Street
Montgomery, Alabama 36101

This 19th day of March , 2007

*signature*
Norman Hurst Jr.