IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA-NORTHERN DIVISION

MONICA PERRYMAN, *
    Plaintiff, *
                             *
v.                             * Case Number: 2:06cv216-MHT
                             *
FIRST UNITED METHODIST CHURCH *
and DARLENE MAYE, *
    Defendant. *
                             *

(Stamp: RECEIVED 2007 APR -2 P 5: 23 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA)

## RESPONSE OF PLAINTIFF'S COUNSEL PURSUANT TO ORDER (DOC. NO. 60-1)

COMES NOW, the Plaintiff's attorney, and responds to the court's order regarding the same and as of March 22, 2007 has registered for CM/ECF electronic noticing.

/s/ N. Hurst
_____
Norman Hurst (HUR016)
Attorney for the Plaintiff
462 Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing reponse was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Robert Huffaker, Esq
184 Commerce Street
Montgomery, Alabama 36101

This 2nd day of April, 2007