IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN, | * |
| Plaintiff | * |
| v. | * Case No. 2:06-cv-216-MHT |
| FIRST UNITED METHODIST CHURCH and DARLENE MAYE, | * |
| Defendants | * |

**STATEMENT CONCERNING PAYMENT PURSUANT
TO OPINION AND SANCTIONS ORDER (DOC. NO. 59)**

Pursuant to the Court's Opinion and Sanctions Order of April 4, 2007 (Doc. No. 59), Plaintiff's counsel was directed to pay the sum of $2,882.50 to defense counsel no later than April 18, 2007. Defense counsel were directed to file a statement indicating whether or not they received the full amount from Plaintiff's attorney.

Defense counsel received a check from Plaintiff's counsel in the amount of $500.00 on April 18, 2007. Plaintiff's counsel advised the undersigned by telephone on April 17, 2007, that he was unable to make the full payment and stated that he would pay the balance when he was financially able to do so.

*/s/ Robert A. Huffaker*
Robert A. Huffaker (ASB-7668-U79R)
R. Brett Garrett (ASB-3581-C64G)
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street (36104)
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3100
Fax: (334) 481-0814
E-Mail: rah@rsjg.com

Attorneys for Defendants, First United Methodist Church and Darlene Maye

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I have served a copy of the foregoing by placing same in the United States Mail, postage prepaid and properly addressed to:

Norman Hurst, Jr., Esq.
462 Sayre St Apt A
Montgomery, AL  36104-4138


*/s/ Robert A. Huffaker*
Of Counsel