IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONICA PERRYMAN,       ) | |
|                        ) | |
|    Plaintiff,          ) | |
|                        ) | |
|    v.                  ) | CIVIL ACTION NO. |
|                        ) |   2:06cv216-MHT |
| FIRST UNITED METHODIST ) | |
| CHURCH and DARLENE MAYE,) | |
|                        ) | |
|    Defendants.         ) | |

ORDER

By order entered on April 4, 2007, this court sanctioned plaintiff's attorney, Norman Hurst, Jr., pursuant to Fed. R. Civ. P. 16(f), as follows: (1) "[d]efense counsel are to ... recover from Norman Hurst, Jr., personally, fees and expenses in the amount of $ 2,882.50"; (2) "[b]y no later than April 18, 2007, Hurst is to pay this full sum to defense counsel"; and (3) "[o]n April 20, 2007, defense counsel are to file a statement with the court indicating whether or not they received the full amount from Hurst on April 18, 2007."

On April 20, defense counsel filed a statement that Hurst had paid only $ 500.00.

Accordingly, it is ORDERED that an on-the-record status conference is set for April 27, 2007, at 8:15 a.m., in chambers, Room 200FMJ, at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

Norman Hurst, Jr. and defense counsel are DIRECTED to be present.

DONE, this the 24th day of April, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE