IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA PERRYMAN, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv216-MHT |
| | ) | |
| FIRST UNITED METHODIST | ) | |
| CHURCH and DARLENE MAYE, | ) | |
| | ) | |
|   Defendants. | ) | |

ORDER

Based upon the representations made during an on-the-record status conference on April 27, 2007, it is ORDERED as follows:

(1) Plaintiff's attorney, Norman Hurst, Jr., still owes $ 2,382.50 ($ 2,882.50 less $ 500 paid to defense counsel) of the amount he was required to pay pursuant to the order entered on April 4, 2007 (Doc. No. 67).

(2) Hurst is to pay to the clerk of the court $ 100 on the first Monday of each month, beginning

with the month of June 2007, until the amount of $ 2,382.50 is paid in full.

(3) If Hurst is unable to make a particular $ 100 monthly payment, he must file a written request with the court, no less than ten business days before the payment is due, asking to be relieved of that payment.  In his written request, Hurst must explain, in detail, why he cannot make the payment.

(4) The clerk of the court is to note on the docket (a) when each payment is made and (b) the amount of the payment.

(5) Hurst's failure, without the permission of the court, to make a payment will be considered contempt of court.

DONE, this the 30th day of April, 2007.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**