```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000292
Cashier ID: cstrecke
Transaction Date: 09/04/2007
Payer Name: NORMAN HURST
-----------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:         $100.00
-----------------------------------
CHECK
 Remitter: NORMAN HURST
 Check/Money Order Num: 1185
 Amt Tendered:   $100.00
-----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

SEE ORDER DOCUMENT 73
```