DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000580
Cashier ID: cstrecke
Transaction Date: 10/01/2007
Payer Name: NORMAN HURST
------------------------------------
GIFTS TO US
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:        $100.00
------------------------------------
CASH
 Amt Tendered:  $100.00
------------------------------------
Total Due:       $100.00
Total Tendered: $100.00
Change Amt:       $0.00

DALM206CV000216-MHT