```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001358
Cashier ID: brobinso
Transaction Date: 12/03/2007
Payer Name: NORMAN HURST
-------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:        $100.00
-------------------------------------
CASH
 Amt Tendered:  $100.00
-------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

PER DOC 73 ORDERING $100 MONTHLY
PAYMENTS
```