DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002655
Cashier ID: khaynes
Transaction Date: 01/02/2008
Payer Name: NORMAN HURST
--------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:          $100.00
--------------------------------------
CHECK
 Check/Money Order Num: 1222
 Amt Tendered:  $100.00
--------------------------------------
Total Due:        $100.00
Total Tendered:   $100.00
Change Amt:       $0.00