```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004501
Cashier ID: brobinso
Transaction Date: 04/01/2008
Payer Name: NORMAN HURST
-----------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:         $100.00
-----------------------------------------
CHECK
 Check/Money Order Num: 1243
 Amt Tendered: $100.00
-----------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```