```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005336
Cashier ID: brobinso
Transaction Date: 06/02/2008
Payer Name: NORMAN HURST
------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:         $100.00
PAPER COPIES
 For: NORMAN HURST
 Amount:         $2.50
------------------------------------
CASH
 Amt Tendered: $102.50
------------------------------------
Total Due:     $102.50
Total Tendered: $102.50
Change Amt:    $0.00

$2.50 IS FOR COPY INVOICE ON
4/25/08 - UNRELATED TO COURT
ORDERED PAYMENT IN PERRYMAN V. FUMC
ET AL
```