```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005749
Cashier ID: brobinso
Transaction Date: 07/08/2008
Payer Name: NORMAN HURST
------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:         $100.00
------------------------------------
CASH
 Amt Tendered:  $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```