```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006026
Cashier ID: christin
Transaction Date: 08/05/2008
Payer Name: NORMAN HURST
-----------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:        $100.00
-----------------------------------
CASH
 Amt Tendered: $100.00
-----------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00
```