```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006337
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: NORMAN HURST
------------------------------------
CRIMINAL DEBT
 For: NORMAN HURST
 Case/Party: D-ALM-2-06-CV-000216-001
 Amount:         $100.00
------------------------------------
CHECK
 Check/Money Order Num: 1299
 Amt Tendered:   $100.00
------------------------------------
Total Due:       $100.00
Total Tendered: $100.00
Change Amt:       $0.00

2:06-cv-00216-MHT-CSC


Perryman v. First United Methodist
Church et al
```